# EXHIBIT A





Published Nov, 15 2023

# Security and Trust in Bitcoin With Bitcoin Depot BTMs

In the quickly changing world of crypto, trust is a precious commodity. With the rising interest in digital assets, making a safe and secure environment for users is very important. Bitcoin Depot, a leading player in the BitcoinATM market, has taken significant strides in building trust with its customers. In this blog post, we will […]








In the quickly changing world of crypto, trust is a precious commodity. With the rising interest in digital assets, making a safe and secure environment for users is very important. Bitcoin Depot, a leading player in the BitcoinATM market, has taken significant strides in building trust with its customers. In this blog post, we will explore the ways Bitcoin Depot is ensuring the security and trust in buying Bitcoin through a safe transaction process, complying with KYC/AML requirements and regulations, and offering top-tier customer service.

# Safe Transaction Processes Build Security and Trust in Bitcoin

One of the primary concerns for crypto users is the security of their purchases. Therefore, Bitcoin Depot places a strong emphasis on offering a safe and secure transaction process. Here's how:

## Secure Locations Increase Security and Trust in Bitcoin

Bitcoin Depot BTMs are located in well-lit, high-traffic areas, minimizing the risk of theft or fraudulent activity. It might seem counter-intuitive, especially if you don't want people seeing how much money you might be carrying, but it's actually the opposite. Users should be making these purchases where there is so much traffic that it provides the best environment for security and trust in purchasing Bitcoin.

## Cutting-Edge Technology

Bitcoin Depot BTMs have the latest technology, including secure hardware and software systems to protect users' data. After all, that's the whole point of decentralized finance

 

Bitcoin Depot employs robust encryption and security measures to ensure that transactions are safe from threats. It's pretty difficult to pull a fast one over on any security system, but getting past multiple layers doesn't happen often or with ease.

## KYC/AML Compliance Establishes Security and Trust in Bitcoin

Bitcoin Depot understands the importance of Know Your Customer (KYC) and Anti-Money Laundering (AML) regulations in maintaining the integrity of the crypto market. By adhering to these requirements, we instill security and trust in Bitcoin for our customers.

### Verification Process

Bitcoin Depot BTMs require customers to complete a KYC verification process. This helps in preventing unauthorized or fraudulent transactions. While some people don't like providing this detailed information because they would rather stay anonymous, it has been proven to help protect Bitcoin users.

### Compliance with Regulations

Bitcoin Depot complies with all relevant AML and KYC regulations in the jurisdictions where Bitcoin ATMs are located, ensuring that all Bitcoin ATMs operate within legal boundaries. This is incredibly important for security and trust in Bitcoin.

### Reduced Risk of Illicit Activity

By following these regulations, Bitcoin Depot plays its part in reducing the risk of crypto use for illegal activities, thus maintaining a safer ecosystem for all users. In fact, Bitcoin Depot ATMs have never been involved in any kind of fraudulent activity or scandal.




# and Trust in Bitcoin

Exceptional customer service is a cornerstone of building trust in any industry, and Bitcoin Depot excels in this area. We've discussed before why great customer service in crypto is so important, but here's a quick refresher:

## Accessibility

Bitcoin Depot offers accessible and responsive customer support through various channels, including phone and email. Extended support hours mean that you can reach out at a time that's convenient for you. You'll always get exactly what you need.

## Knowledgeable Staff

A knowledgeable customer support team that is well-versed in crypto can assist users with any questions or concerns. Whether you have a simple question about a recent purchase or you want to dive deeper into how our ATMs work, we're here for you.

## User-Focused Approach

Bitcoin Depot places a strong emphasis on making user-friendly services available. This ensures that customers have a smooth experience when using Bitcoin ATMs, further building security and trust in Bitcoin. When you visit a Bitcoin Depot BTM, we've curated the experience to be as easy as possible. Whether you're searching for the closest Bitcoin ATM on our website or completing your purchase, you'll find it quick and seamless.

# Our Commitment

Bitcoin Depot is committed to building trust with its customers through a combination of safety, compliance with regulations, and top-tier customer service. In the ever-evolving landscape of crypto, their dedication to these principles sets a high standard for others to follow. Additionally, as crypto adoption continues to grow, the importance of building trust with customers cannot be overstated. Whether you're a seasoned crypto enthusiast



