# EXHIBIT I

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| **STATE OF IOWA,** *ex rel.* BRENNA BIRD, ATTORNEY GENERAL OF IOWA, <br><br> Plaintiff, <br><br> v. <br><br> **LUX VENDING, LLC (d/b/a Bitcoin Depot, Inc.); BITCOIN DEPOT OPERATING, LLC (d/b/a Bitcoin Depot),** <br><br> Defendants. | Equity No. _____ <br><br><br><br><br><br> **PETITION** |

## Table of Contents

Introduction ........................................................................................................................ 2

I.    Jurisdiction ................................................................................................................ 6

II.   Parties ........................................................................................................................ 6

III.  Factual Allegations ................................................................................................... 7

    A.   BTMs and Scams Go Hand-in-Hand ................................................................... 8

    B.   Bitcoin Depot Allows Pervasive Scam Transactions Across Iowa BTMs While Representing That BTMs Are Safe and Trustworthy ........................................... 10

    C.   Bitcoin Depot's Policies Are Insufficient to Address the Known Issues Related to Scams .......... 14

    D.   Bitcoin Depot Fails to Address Red Flags and Allows Scam Transactions to Run Rampant ....... 16

    E.   Bitcoin Depot's Warnings are Ineffective at Preventing Scam Transactions ............................. 17

    F.   The Demographic Markets in Iowa for Scam Victims and BTMs Are Older Iowans ................... 19

    G.   Bitcoin Depot's Profitability in Iowa Depends on Iowa Scam Victims ........................................ 23

    H.   Bitcoin Depot Profits From Iowa Scam Victims ......................................................................... 25

    I.   Bitcoin Depot Hides the True Cost of Using a BTM From Iowa Consumers ............................... 26

    J.   Bitcoin Depot Hides the Cost of Using a BTM Behind Iowans' Experience with ATM Fees ...... 34

    K.   Bitcoin Depot's Internal Training Documents Show Bitcoin Depot Wants to Hide Its Total Fees ........... 34

    L.   Bitcoin Depot Lies to Iowans About Its Refund Policy ............................................................... 35

IV.   Violations of the Iowa Consumer Fraud Act ............................................................. 37

    A.   Selling Bitcoin Through a Kiosk That Allows for Prevalent Scam Transactions is an Unfair Practice ............... 38

    B.   Bitcoin Depot Deceived Iowans About the Price of Bitcoin Purchased Through BTMs ............. 39

    C.   Bitcoin Depot Misrepresents to Iowa Consumers Its Refund Policy ............................................ 40

1

D.    Bitcoin Depot's Refund Policy Is Deceptive ................................................................ 41

E.    Bitcoin Depot's Violations of the Act Were Committed Against Iowa Consumers Sixty Years of Age or Older ................................................................................................................ 41

V.    Conclusion and Prayer ................................................................................................. 41

The Appendix filed as an attachment to this complaint is incorporated here by reference.

*"It's definitely interesting how we are selling a digital product. But the thing is when you can actually touch this machine, and know there is a real company behind it, versus just a random website that can vanish at any time- It gives you the sense of trust and credibility that this company is legitimate" -Interview with Brandon Mintz, CEO of Bitcoin Depot (available at https://www.youtube.com/watch?v=M7VvbM04qnM.)*

## __Introduction__

1.    Fraudsters and scammers update their deceptive practices to reflect new technology. Here, Defendants are misusing the popular excitement around technologies like Bitcoin and other cryptocurrencies to unfairly and deceptively put Iowa consumers in harm's way and take their piece of Iowans hard-earned money before sending the rest to scammers.

2.    Cryptocurrencies are technologies often centered around recording transactions on a public register, or blockchain. The details of that technology can be complicated and nuanced. But what is not nuanced is using a veneer of association with cryptocurrencies to defraud consumers.

3.    Defendants Lux Vending, LLC, and Bitcoin Depot Operating, LLC (collectively, "Bitcoin Depot") profit when scammers profit because of the unfair and unsafe business practices easily allowing Iowans to send their money to scammers—with a kickback to Bitcoin Depot. So far, Iowa has identified more than $7 million in fraudulent, scam payments processed through Bitcoin Depot.

4.    A cryptocurrency kiosk is a physical kiosk or automated machine that allows consumers to insert physical cash to buy purely digital or virtual cryptocurrencies. Bitcoin Depot runs a type of cryptocurrency kiosk that it refers to as a Bitcoin ATM, or BTM. Bitcoin Depot's BTMs—at issue in this Petition—allow consumers to buy Bitcoin—a specific cryptocurrency. BTMs allow a consumer to insert cash into the machine, convert that

cash into Bitcoin, and then send that Bitcoin to a "Bitcoin address" associated with a "digital wallet"—all for a fee(s).

5.    A Bitcoin address can be thought of as an account holding all Bitcoin sent to it. Each Bitcoin address is (i) a string of letters and numbers and (ii) associated with a digital wallet. The owner of the digital wallet is the owner of each Bitcoin address associated with that wallet.

6.    Although Bitcoin Depot states that it requires consumers to send Bitcoin they buy through a BTM to a Bitcoin address owned by the consumer, Bitcoin Depot regularly allows purchased Bitcoin to be sent to Bitcoin addresses owned by third parties.

7.    Bitcoin Depot's CEO Brandon Mintz said, "[c]ompared to many other crypto companies, we have delivered consistent year-over-year financial growth and profitability in an industry where that can be quite difficult to find." That is because Bitcoin Depot does not profit from investing in Bitcoin as a valued digital asset.

8.    Instead, Bitcoin Depot profits from the fees it charges to buy Bitcoin and send it to someone else. Bitcoin Depot gets paid when a scammer tricks an Iowan into using a BTM to send Bitcoin. Some scams that brutally victimize Iowans and send them to a BTM are: (i) romance scams-- sending Bitcoin to a fake love interest met online, (ii) law enforcement scams—sending Bitcoin to a fake sheriff or U.S. Marshal to avoid criminal charges or arrest, (iii) refund scams—sending Bitcoin to return the fake overpayment of a refund from a large company, or (iv) tech-virus scams—sending Bitcoin to save the consumer's laptop from a fake virus.

9.    Scam calls and text messages targeting Iowans (and all Americans), particularly the elderly, are on the rise. BTMs are one of the key tools used to scam Iowa consumers. And each successful scam using a BTM is revenue for Bitcoin Depot.

10.   Bitcoin Depot is the largest cryptocurrency kiosk selling Bitcoin in North America. It has placed its BTMs at around 100 Iowa locations. Its machines can be found in small gas stations, large chain gas stations, convenience stores, and even grocery stores.

11.    Bitcoin Depot knows scammers frequently send fraud victims to its BTMs, but it fails to take meaningful action to protect Iowa consumers. That is because it is not in Bitcoin Depot's economic interest to take meaningful actions to decrease fraudulent transactions. While Bitcoin Depot reaps profits from Iowa consumers who are the victims of fraud, Iowa consumers are embarrassed and even worse, face financial hardship, bankruptcy, social isolation, stress, or depression after being scammed into using BTMs. Consumers overwhelmingly fail to receive any consumer or competitive benefit from BTMs. Bitcoin Depot profits from every scam transaction completed—whether it denies a consumer a refund, a scam is completed and the embarrassed consumer does not even seek a refund, or the money associated with the transaction is not seized by law enforcement.

12.    Bitcoin Depot's business model is so co-dependent on the success of scammers that there is likely no way to operate a profitable BTM in Iowa that is not an unlawful act under Iowa's Consumer Fraud Act. Bitcoin Depot even announced a 25% reduction in its revenue for the third quarter of 2024 as compared to the third quarter of 2023 because of "unfavorable legislation that was passed in California." That unfavorable legislation limited how much scammers and Bitcoin Depot could collectively extract from California consumers to $1,000 per day.

13.    Offering Iowans an unsafe money transfer service through a physical machine located in a gas station or vape shop to buy purely digital assets at unclear exchange rates and for high fees is not innovative or beneficial to consumers. Instead, it is an unlawful, "unfair practice" under the Act: "an act or practice which causes substantial, unavoidable injury to consumers that is not outweighed by any consumer or competitive benefits which the practice produces."

14.    The Attorney General's Office has found that scam transactions processed through Iowa BTMs between October 10, 2021, and July 26, 2024, totaled at least $7,243,991.

15.    Bitcoin Depot profited from those scam transactions. Bitcoin Depot's policies for use of its BTMs do not adequately protect Iowa consumers or prevent scam transactions. Bitcoin Depot also fails to follow its own inadequate policies. The existing policies; lack of their enforcement; and lack of additional, needed safeguards create an environment

where the "substantial unavoidable injury to consumers" far outweighs any "consumer or competitive benefits" that BTMs offer (if any). Iowa Code § 714.16(2)(a).

16.     Bitcoin Depot's business model also employs deceptive practices in its Bitcoin pricing. The cost to purchase Bitcoin at a BTM is often much higher than the cost to purchase on a cryptocurrency exchange, and Bitcoin Depot does not want consumers to know the true cost. Bitcoin Depot hides the cost to BTM consumers in a way that has a "tendency or capacity to mislead a substantial number of consumers as to a material fact or facts." Bitcoin Depot's nominal fee of $3.00 is clear, but an additional cost known as a "spread" increases the total fee to Iowa consumers to an additional amount up to 23% of the total transaction amount.

17.     Bitcoin Depot harms Iowa consumers by deceptively designing its refund policy and misrepresenting the policy such that no consumer would know of or access it. Bitcoin Depot talks out of both sides of its mouth as it tells consumers there is no ability for a refund when they've been scammed while telling regulators concerned with fraud that it does have a refund policy in instances of fraud. Since 2021, hundreds of Iowans complained to Bitcoin Depot about using its BTMs due to being victims of scams. Bitcoin Depot largely denied these consumers relief and kept its share of the fraudulent proceeds.

18.     At best, Bitcoin Depot is a willfully blind participant in the victimization of hundreds of Iowans. At worst, it is a silent partner to many scammers' preying on Iowans, taking a cut of each scam with its excessive and deceptive BTM fees that are further paired with a lack of refunds.

19.     The State seeks a preliminary and permanent injunction under the Act to (i) enjoin Defendants from engaging in the deceptive and unfair acts described in this Petition whether that be by (a) a permanent ban from doing business in Iowa or (b) placing additional safeguards and scam prevention requirements on the operation of BTMs in; and (ii) impose all other injunctive relief the Court finds equitable.

20. The State also seeks civil penalties, reimbursement, disgorgement, and other costs and fees permitted by the Act given Bitcoin Depot's deceptive and unfair conduct, which has harmed and continues to harm Iowa consumers.

## I.    **Jurisdiction**

21. This Court has jurisdiction over this matter under Iowa Code § 714.16(7).

22. This Court has jurisdiction over the Defendants under Iowa Code § 714.16 because they have transacted business within the state of Iowa at all times relevant to this complaint.

23. Polk County is the proper venue under Iowa Code § 714.16(10) because Defendants transact business in Polk County through numerous physical BTM locations in Polk County. Also, transactions that serve as the factual basis for this action occurred in and some victims reside in Polk County.

## II.    **Parties**

24. Plaintiff is the State of Iowa, *ex rel*. Brenna Bird, Attorney General of Iowa. Under Iowa Code § 714.16(7), the Attorney General may seek civil enforcement of the Iowa Consumer Fraud Act.

25. Defendant Lux Vending, LLC (d/b/a Bitcoin Depot, Inc.) is a for-profit entity incorporated in Delaware. It is headquartered in Georgia with its executive offices located at 3343 Peachtree Road NE, Suite 750, Atlanta, GA 30326. Lux Vending, LLC is registered with the Iowa Secretary of State to do business in the State of Iowa under business number 648043. The company lists its registered agent as "CORPORATION SERVICE COMPANY" located at 505 5th Avenue, Suite 729, Des Moines, IA 50309.

26. Bitcoin Depot, Inc. is a publicly traded company on the National Association of Securities Dealers Automated Quotations (NASDAQ) stock market, an American stock exchange based in New York City.

27. Defendant Bitcoin Depot Operating, LLC, is a foreign limited liability company registered to do business in the State of Iowa. According to public filings by Bitcoin Depot, Inc., Bitcoin Depot Operating, LLC, is a wholly owned subsidiary of BT HoldCo, LLC, of which Bitcoin Depot, Inc. is the sole managing member. Bitcoin Depot

Operating, LLC is registered with the Iowa Secretary of State to do business in the State of Iowa under business number 648043. The company lists its registered agent as "CORPORATION SERVICE COMPANY" located at 505 5th Avenue, Suite 729 Des Moines, IA 50309.

28.    At all relevant times, Bitcoin Depot transacted business in Iowa by marketing, promoting, advertising, and offering for sale its services/products, including the sale of Bitcoin to Iowa consumers at Iowa locations.

### III.    Factual Allegations

29.    Bitcoin Depot claims to be the largest cryptocurrency kiosk network selling Bitcoin in North America. As of November 2024, Bitcoin Depot purports to operate a network of more than 8,400 BTMs across the U.S., Canada, and Puerto Rico. From October 10, 2021, to July 26, 2024, the company operated approximately 118 BTMs in Iowa.

30.    Bitcoin Depot uses retail partnership contracts to place its BTMs in national, regional, and independently owned convenience stores, grocery stores, liquor stores, and gas stations.

31.    The company reported total annual revenue of $688.97 million for 2023. Bitcoin Depot reports it has conducted at least $2.4 billion in transactions since its inception, including at least ████████ in Iowa between October 10, 2021 and July 26, 2024.

32.    The Attorney General's office has spoken to 34 of the top 50 Bitcoin Depot users in Iowa between October 10, 2021, and July 26, 2024, based on total transaction(s) size. All 34 confirmed they used Bitcoin Depot's machines because of a scam. These individuals alone collectively represent over $2.4 million in BTM transactions in Iowa.

33.    The Attorney General's office reasonably believes that amount will only grow as more consumers are contacted.

34.    Also, based on an analysis of data provided from Bitcoin Depot and other data related to Bitcoin addresses and digital wallets, the Attorney General's office has reason to believe that more than half of all money taken in by Bitcoin Depot in Iowa between October 10, 2021, and July 26, 2024, are transactions completed because of a scam.

### A. BTMs and Scams Go Hand-in-Hand

35.    Cryptocurrency surged as a payment method for scams in recent years because it is portable and difficult to trace.

36.    Widespread access to cryptocurrency kiosks including BTMs helps make this possible. Reported losses using cryptocurrency kiosks are overwhelmingly related to government impersonation, business impersonation, and tech-support scams. Fed. Trade Comm'n, *New FTC Data Shows Massive Increase in Losses from Bitcoin ATM Scams* (Sept. 2024), https://www.ftc.gov/news-events/news/press-releases/2024/09/new-ftc-data-shows-massive-increase-losses-bitcoin-atm-scams.

37.    Since most fraud is not reported, these numbers likely represent only a fraction of the actual harm. One study showed only 4.8% of people who experienced mass-market consumer fraud complained to the Better Business Bureau or a government entity. *See* Keith B. Anderson, *To Whom Do Victims of Mass-Market Consumer Fraud Complain?*, at 1 (May 2021), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3852323.

38.    The Federal Trade Commission estimates that fraud losses at cryptocurrency kiosks have skyrocketed, increasing nearly tenfold from $12 million in 2020 to $114 million in 2023 and topping $65 million in the first half of 2024.

39.    In the first six months of 2024, the median reported loss was $10,000 when using cryptocurrency kiosks, $5,400 when cryptocurrency was the reported payment method (including reports with and without using cryptocurrency kiosks), and $447 in general fraud cases. FTC data shows that older adults are less likely to report fraud than younger adults and have even higher individual median dollar losses. Fed. Trade Comm'n, *Protecting Older Consumers 2023-2024: A Report of the Federal Trade Commission*, at 17 (Oct. 18, 2024), https://www.ftc.gov/system/files/ftc_gov/pdf/federal-trade-commission-protecting-older-adults-report_102024.pdf. This is significant; as noted above, most Iowans using BTMs are age 60 or older.

40.    The following chart, created by the FBI's Internet Crime Complaint Center, shows reported scams and losses increase with age.

**USE OF CRYPTOCURRENCY KIOSKS REPORTED IN IC3 COMPLAINTS – 2023**

| Age Range | Complaints | Losses |
|-----------|-----------|--------|
| Under 20 | 65 | $252,198 |
| 20 - 29 | 416 | $3,529,680 |
| 30 - 39 | 451 | $8,651,706 |
| 40 - 49 | 391 | $9,634,346 |
| 50 - 59 | 476 | $11,409,372 |
| Over 60 | 2,676 | $124,332,127 |

Internet Crime Complaint Ctr., *2023 IC3 Annual Report: Cryptocurrency Report*, *available at* https://www.ic3.gov/annualreport/reports/2023_ic3cryptocurrencyreport.pdf.

41.    Similarly, Bitcoin Depot's transaction amounts increase by age as shown by the following chart that provides an overlay of what Iowa BTM transactions and IC3's Reported Losses to Fraud look like when broken into the IC3 chart's age brackets. As the chart shows, the trends for IC3 scam victims and Iowa BTM users closely and sadly align.



**B. Bitcoin Depot Allows Pervasive Scam Transactions Across Iowa BTMs While Representing That BTMs Are Safe and Trustworthy**

42.    Contrary to its stated focus on fraud prevention, Bitcoin Depot's records show its inability to prevent scam transactions processed through its Iowa BTMs. Bitcoin Depot's internal data supports that Bitcoin Depot's policies and BTMs are causing Iowa consumers "substantial, unavoidable injury" that far outweighs any consumer or competitive benefits. Iowa Code § 714.16(1)(i).

43.    Bitcoin Depot stated to Vice Media on May 27, 2018, "Bitcoin Depot has outstanding compliance policies and strives to go above and beyond all know your customer (KYC) and monitoring requirements at its ATMs." *Bitcoin ATM's Could Be Coming to a Gas Station or Vape Store Near You (HBO)*, VICE News (May 29, 2018), https://www.youtube.com/watch?v=M7VvbM04qnM.

44.    Bitcoin Depot CEO Brandon Mintz stated the company's central objective is to "safely, securely, bring Bitcoin to the masses." *Crypto ATM Provider Bitcoin Depot Announces Nasdaq Listing for July 3*, CRYPTOSLATE (July 2, 2023), https://cryptoslate.com/crypto-atm-provider-bitcoin-depot-announces-nasdaq-listing-for-july-3/.

45.    Bitcoin Depot knows that many of the transactions it is asked to process are coerced or unwilling transactions initiated by or at the behest of scammers. In a recent SEC filing, the company stated:

> Our risk management efforts may not be effective, which could expose us to losses and liability and otherwise harm our business.
>
> We offer payments and other products and services to a large number of users. We have programs designed to vet and monitor these users and the transactions we process for them as part of our risk management efforts, **but such programs require continuous improvement and may not be effective in detecting and preventing fraud and illegitimate transactions.** When our services are used to process illicit transactions, and we settle those funds to users and are unable to recover them, we suffer losses and liability. Additionally, illicit transactions can also expose us to governmental and regulatory enforcement actions.

10

The highly automated nature of, and liquidity offered by, our services make us and our users a target for illegal or improper uses, including scams and fraud directed at our users, fraudulent or illegal sales of goods or services, money laundering, and terrorist financing. **Our risk management policies, procedures, techniques, and processes may not be sufficient to identify all risks to which we are exposed, to enable us to prevent or mitigate the risks we have identified, or to identify additional risks to which we may become subject in the future**."

(emphasis added) Bitcoin Depot Inc., Form 10-K Annual Report for the Period Ended December 31, 2023, *available at* https://ir.bitcoindepot.com/sec-filings/all-sec-filings/content/0000950170-24-044405/btm-20231231.htm.

46. Mintz wrote in a February 14, 2024, article that "as the crypto industry shifts toward more regulatory compliance, it also looks to increase fraud prevention measures. These efforts include improving consumer protection protocols, mitigating risks, and enhancing transparency." Brandon Mintz, *Opinion: Changing Regulatory Dynamics for Bitcoin ATMs*, BITCOIN MAG. (Feb. 14, 2024), https://bitcoinmagazine.com/legal/changing-regulatory-dynamics-for-bitcoin-atms. According to Mintz, "there is a concerted effort to provide as much security as possible to BTMs and other crypto-related financial services." Id.

47. Despite Bitcoin Depot's public-facing statements about its concern for fraud or scams, reality paints a different picture. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

48. Bitcoin Depot's records include many other obvious warning signs of fraud, including:

a. *Bitcoin Depot's consumer base is overwhelmingly older.* As noted below, older adults are more likely to be targeted for scams, more likely to lose large sums of money, and less likely to report their losses. ████████████████████████████████████ ███████████████████████████████ Bitcoin Depot has not reasonably questioned why so many older Iowans use its service. It has not implemented any policies to protect this vulnerable population. And it is not true in Iowa that Bitcoin Depot's purported target user—people without bank accounts or that want to send remittances abroad—are the typical user. Instead, the typical Iowa Bitcoin Depot

customer is 60 or older, does not remit money to family abroad, and does not lack banking services. Whether intended or not, Bitcoin Depot's typical user in Iowa is a scam victim.

b. *Many Bitcoin Depot users have multiple accounts.*  VoIP providers are known tools for scammers and allow individuals to far more easily circumvent Bitcoin Depot's anti-money laundering and know your customer rules. *See FTC Warns 19 VoIP Service Providers That 'Assisting and Facilitating' Illegal Telemarketing or Robocalling Is Against the Law*, FTC Press Release (Jan. 30, 2020), https://www.ftc.gov/news-events/news/press-releases/2020/01/ftc-warns-19-voip-service-providers-assisting-facilitating-illegal-telemarketing-or-robocalling.

c. *Multiple Bitcoin Depot users sent money to the same Bitcoin address.* Anyone who knows the string of numbers and letters for a Bitcoin address can send Bitcoin to that address. Bitcoin Depot makes users verify that they own and control the Bitcoin address to which they send Bitcoin. Its website states, "Bitcoin Depot ATMs are to be used for personal purchases of cryptocurrency. Once your crypto reaches your digital wallet, you can send crypto to anyone else's wallet using the Bitcoin Depot app." Bitcoin Depot, *Can I Send Money to Someone Through a Bitcoin ATM?*, https://bitcoindepot.com/faq/.

12

It further explains, "Unlike cash in a bank account, you hold the keys to where your Bitcoin is held. It is virtually impossible for someone else to access your Bitcoin wallet unless they have your wallet's credentials. For this reason, it is crucial that you keep your wallet information private." Bitcoin Depot, *Should I send Bitcoin to a Stranger?,* https://bitcoindepot.com/faq/. ████████████████

███████████████████████████████████

████████████████████████████████

██████████████

████████████████████████████████

██████████████████████████

████████████████████████████████████

████████████████████████████

██████████████████████████████

██████████████████████████████

████████████████████████████

██████████████████████████

████████████████████████

d.  *Users that have a large amount of Bitcoin addresses are connected to multiple wallets.*

███████████████████████████████

█████████████████████████████

█████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████

██████████████████████████

████████████████████████

████████████████████████████████

█████████████████████████████

██████████████████████████████

██████████████

e.  *Bitcoin Depot ignores red flags related to email.* █████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

**C. Bitcoin Depot's Policies Are Insufficient to Address the Known Issues Related to Scams**

49.    Bitcoin Depot has several policies and programs related to fraud including, but not limited to, its "Compliance Program," its "Know Your Customer Policy," and its "Enhanced Due Diligence Policy." These programs failed to adequately and effectively detect and prevent consumer fraud and scam transactions processed through BTMs.

50.    In addition to its anti-fraud program, Bitcoin Depot is required by the Bank Secrecy Act to have an effective anti-money laundering ("AML") program to prevent money laundering. 31 C.F.R. § 1022.210.

51.    That prevention responsibility includes, but is not limited to, the flow of illicit funds, such as funds derived from fraud. As part of its AML program, Bitcoin Depot has developed "Know Your Customer" guidelines and policies along with policies and procedures for monitoring transactions, customers, and agent activity for risks, including suspicious activity.

52.    AML legal requirements are distinct from compliance responsibilities under Iowa's Consumer Fraud Act. But all policies implemented under the umbrella of AML have failed in preventing Bitcoin Depot's business acts and practice from causing "substantial, unavoidable injury" to Iowa consumers. Those policies are either inadequate or ineffective due to Bitcoin Depot's failure to enforce and follow the policies. Either way, Bitcoin Depot's money-transfer system is an unfair or deceptive act or practice that is unlawful under Iowa's Consumer Fraud Act.

53.    ████████████████████████████████████████

████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████

14



54.

55.    Bitcoin Depot's policy is designed to process transactions even when it has enough

information to determine the transaction is fraudulent.

**D. Bitcoin Depot Fails to Address Red Flags and Allows Scam Transactions to Run Rampant**

56.

57.

58.

59.





62.    Repeating the same ineffective warnings and references to the Terms of Service is less

effective than Bitcoin Depot's approach to those it suspects to be scam victims. Blocking the

wallet does little to help the scam victim, as scammers often have dozens of wallets at their

disposal and can send the victim a new address. ███████████████████████████

███████████████████████████████████████████████████████

██████████████

**E.  Bitcoin Depot's Warnings are Ineffective at Preventing Scam Transactions**

63.    Bitcoin Depot's primary method of preventing Iowa scam victims from using a BTM is to

place onscreen warnings and sticker warnings on the machine. Below are examples of the

warnings taken from a letter addressed to the State of California from Mark J. Smalley,

Bitcoin Depot's Chief Compliance Officer, (Jan. 12, 2024), https://dfpi.ca.gov/wp-

content/uploads/sites/337/2024/02/Bitcoin-Depot-1.12.24.pdf:

17

E-FILED 2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT









64. These warnings are insufficient to protect Iowa scam victims and Bitcoin Depot knows it. A review of the best studies on warnings, shows that scammers disrupt a person's ability to reason and in the moment warnings often fail. *A Review of Scam Prevention Messaging Research, Federal Trade Commission*, available at https://consumer.ftc.gov/system/files/consumer_ftc_gov/pdf/A%20Review%20of%20Scam%20Prevention%20Messaging%20Research.pdf.

65. Bitcoin Depot only needs to look at its data as the proof is in the pudding. The sheer volume of transactions confirmed as scams to date show this method is ineffective. Also, even red flag scenarios trigger some of the warnings above Bitcoin Depot allows the customer in those scenarios to enter a different address and complete the transaction. Bitcoin Depot does not call to speak with its customers to prevent a scam even in most scenarios raising a red flag.

**F. The Demographic Markets in Iowa for Scam Victims and BTMs Are Older Iowans**

66. Bitcoin Depot competes with online exchanges, which sell consumers Bitcoin at a significantly lower net cost than Bitcoin Depot's BTMs. The primary competitive advantages Bitcoin Depot touts over online exchanges are that BTMs (i) don't require a bank account, (ii) allow individuals to use cash, and (iii) process the transactions more quickly. The company also promotes its usefulness in helping immigrants remit money. *See* Bitcoin Depot Blog, *Crypto Remittance and Bitcoin ATMs: The Unbanked's New Bank*, October 22, 2024,
https://bitcoindepot.com/bitcoin-atm-info/crypto-remittance-and-bitcoin-atms-the-unbankeds-new-bank/.

67. Bitcoin Depot's website states, "Bitcoin Depot was founded in 2016 with the mission to connect those who prefer to use cash to the broader, digital financial system." Bitcoin Depot, *Company Information*, https://ir.bitcoindepot.com/company-information

68. In a May 2018 interview with Vice Media, Bitcoin Depot's founder and CEO Brandon Mintz stated he does not have exact metrics on demographics, but "it's really diverse, I mean there's low-income people using the machines because it's a better source of money transfer than Western Union. There are investors going to the machine…" *Bitcoin ATM's Could Be Coming to a Gas Station or Vape Store Near You (HBO)*, VICE NEWS (May 29, 2018), https://www.youtube.com/watch?v=M7VvbM04qnM.

69.   In a December 2020 interview, Mintz stated the "majority of the demographic" for Bitcoin Depot services was "more in that lower middle-income range. Blockworks Macro, *Bringing the Unbanked into the Financial World W Brandon Mintz of the Bitcoin ATM Empire*, YouTube (Dec. 29, 2020), https://www.youtube.com/watch?v=W8gJRkSDNlA.

70.   He stated in the same interview that many people who are underbanked and unbanked prefer to use cash, so we try to focus on those areas. Additionally, Mintz, acknowledged that BTM users are unlikely to be "super sophisticated" and that the very sophisticated users would most likely use online exchanges. *Id.*

71.   According to the FDIC, the unbanked represent 3% of Iowa's households. Most of these households are single parent, non-home owning, and or non-US citizens. Federal Deposit Insurance Corporation, *FDIC National Survey of Unbanked and Underbanked Households*, https://www.fdic.gov/household-survey.

72.   When asked a similar question about demographics during a 2023 interview, Mintz stated, "There's really three different buckets I like to break it into."

   a.   The first "bucket," is made up of people who just prefer to use cash. An important part of this group, according to Mintz, are the underbanked and unbanked.

   b.   The second bucket is filled with, "anyone who wants pure convenience and doesn't mind paying a markup." Mintz explains, "maybe they got fed up waiting on verification on an exchange."

   c.   The third bucket, is "baby boomers." Mintz explains, "As crypto has been adopted more and more, the baby boomer demographic has come into play as well, so you have people who aren't that great with technology, they don't want to try and figure out how to use an online exchange, and they want a familiar experience, something they can see touch and feel, that gives them a lot more comfort than just completing the transaction through the website. Especially with all the news that came out the last year, a lot of people may feel you go to a website to buy bitcoin, they could just disappear or say, 'hey we're not allowing withdrawals.' You go to a BTM, you are getting your bitcoin essentially instantly. There's a lot less to worry about." Thinking Crypto, "Brandon Mintz Talks Bitcoin Depot ATMs, Going Public in 2023, Bitcoin Adoption & Bear Market," https://www.youtube.com/watch?v=LUnt2AgClDk.

73.     Bitcoin Depot submitted the following chart to California regulators, created from data
        obtained from an internal survey of 625 BTM users conducted between August 15, 2022, and
        December 15, 2022: Letter from Mark J. Smalley, Chief Compliance Officer, Bitcoin Depot,
        to the State of California (Jan. 12, 2024),
        https://dfpi.ca.gov/wp-content/uploads/sites/337/2024/02/Bitcoin-Depot-1.12.24.pdf.



74.     While Bitcoin Depot tells California that its business model depends on younger individuals,
        lower-income individuals, and a large volume of users, Bitcoin Depot's data tells a different
        story.

75.     In Iowa, Bitcoin Depot's business model depends on a small number of high-volume users
        and its primary audience is, in fact, older individuals with significant assets. ████████
        ██████████████████████████████████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████

76.    Contrast the California data with Iowa. The chart below shows the percentage of Iowans who used a BTM by age group for the period of October 10, 2021, to July 26, 2024.



77.    Bitcoin Depot's dependency on older Iowa consumers is clearer when shown as the total amount of money placed into machines by Iowan consumers based on age.



78.    Older Iowans use BTMs the most. █████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████ Coincidentally, the FTC reports that the average loss for
scam victims to BTMs is approximately $10,000. Emma Fletcher, *Bitcoin ATMs: A payment
portal for scammers*, FTC (Sept. 3, 2024), https://www.ftc.gov/news-events/data-
visualizations/data-spotlight/2024/09/bitcoin-atms-payment-portal-scammers.

**G. Bitcoin Depot's Profitability in Iowa Depends on Iowa Scam Victims**

79.    Bitcoin Depot could do more to prevent scam transactions, but such policies would reduce its
profits:

   *a. Bitcoin Depot Underutilizes Bitcoin Tracking Capabilities*. Inherent in Bitcoin is the
   ability to track Bitcoin transactions, as every transaction is recorded in the currency.
   ████████████████████████████████████████
   ██████████████████████████████████████████
   ███████████████████████████████████████████
   ██████████████████████████████████████████
   ██████████████████████████████████████
   ██████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   ██████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████
   █████████████████████

   *b. Bitcoin Depot Fails to Use its Machine's Surveillance Abilities.* Each BTM has an
   internet-connected video camera that can be accessed by Bitcoin Depot remotely.██
   ████████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████████
   ██████████████████████████
   █████████████████████████████████████████
   ████████████████████████████████████████████

████████████████████████████████
█████████████████████████████████
████████████████████████████████████
███████████████████████████████
███████████████
    █████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
███████████████
      ████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████
███████████████████████████████

c.  *Bitcoin Depot does nothing to protect elderly populations.* Bitcoin Depot has no policies designed to assist or protect Iowans aged 60 or over (its most prevalent users) from fraud. One example of a potential protective policy is to call older customers before they use the machine. Other cryptocurrency kiosk companies have such a policy. In fact, while one company stopped an older Iowan from processing a scam transaction through its machine, Bitcoin Depot processed $15,000 (over two transactions) for that same Iowan, sending $11,525 to a scammer and retaining about $3,475 in fees and transaction costs. App. 1.

d.  *Bitcoin Depot Does Not Want Stores to Stop Scams.* Store clerks could be a key line of defense against fraud. █████████████████████████████████
██████████████████████████████████
██████████████████████████████████
████████████████████████████████████

24



████████ More recent contracts actually prohibit  a store from preventing a
scam transaction; the store must agree that ████████████████

███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████ A store clerk or manager must stand by
and witness an older Iowan placing his or her hard-earned cash into a BTM that is
destined for the scammer's and Bitcoin Depot's pockets.

### H. Bitcoin Depot Profits From Iowa Scam Victims

80.  ████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████ Under
Bitcoin Depot's newest terms of service published in January 2025, its cut of transactions
processed through BTMs may reach 50% of the total transaction amount.

81.  In a competitive landscape with multiple direct competitors who charge far less and
alternative methods of buying bitcoin such as exchanges that charge even less, Bitcoin Depot
has doubled its rates over night. It can only do this because its users are (i) unaware of the
charges being assessed, (ii) using its services involuntarily as part of a scam, or (iii) both.
Even Bitcoin Depot admits this is too much money to charge, stating to California regulators
that it "believes that a 28% fee cap and $15,000 daily transaction limit support economic
growth in California while allowing kiosk operators to invest in meaningful compliance
efforts." *Letter addressed to the State of California from Mark J. Smalley*, Bitcoin Depot's
Chief Compliance Officer, (Jan. 12, 2024),https://dfpi.ca.gov/wp-
content/uploads/sites/337/2024/02/Bitcoin-Depot-1.12.24.pdf.

25

82.    Though it is difficult to know exactly how much revenue Bitcoin Depot received in Iowa due to the deceptive way Bitcoin Depot conflates transaction costs and fees, ██████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████

**I.    Bitcoin Depot Hides the True Cost of Using a BTM From Iowa Consumers**

83.    Bitcoin Depot engages in deceptive practices to conceal what it really charges an Iowa consumer to buy Bitcoin, including by:

    a.    Combining both its online and BTM services in one Terms of Service document, so BTM users find it harder to determine which sections apply to them.

    b.    Calling the product a "Bitcoin ATM" and charging a $3 service fee, which confuses consumers into thinking they are paying only $3.

    c.    Burying any explanation of the total actual fees (currently "up to 23%" and averaging close to that at more than 22%) on page 20 of 47 in the Terms of Service.

    d.    Displaying information on screens and receipts in a way that obscures the true cost of the service.

84.    The cost of a product or service is a material term to a transaction. Bitcoin Depot hides that material term related to its BTMs transactions in fine print that is confusing and designed to go unnoticed by Iowa consumers. Bitcoin Depot interacts with Iowa consumers in three ways: at a BTM, online, and through the Bitcoin Depot app. Bitcoin Depot's Terms of Service are different for each service, but rather than have separate terms of service for each, Bitcoin Depot combines all three into one document. This forces consumers to scan an array of terms in an attempt to understand which may apply to their transaction. It is one of the reasons Bitcoin Depot's Terms of Service document is 47 pages and 12,500 words. Assuming an average reading speed of 300 words per minute, it would take a person about 41 minutes to read the entire document.

85.    The Terms of Service is the only place where Bitcoin Depot discloses its true fee structure, which it does on page 20 of 47.

86.    Bitcoin Depot's Terms of Service are regularly updated, but the document in effect for most of October 10, 2021, to July 26, 2024, included this:

*Exchange Service Fee. A service fee shall be applied to all exchange transactions and such fee will be communicated to the Customer prior to confirmation of the transaction. The transaction value and service fees are calculated/quoted in "USD" for U.S. Dollar transactions and may be calculated/quoted in USD equivalents for transactions in all other currencies, or in the currency of the transaction. The service fee will be a flat fee of three dollars [$3.00] and Bitcoin Depot shall charge a spread of up to twenty three percent [23%] of the total transaction amount calculated in USD. The spread refers to the difference between the cash inserted into the kiosk and the current market value of Bitcoin received, excluding the $3.00 flat fee.* App. 96-97.

87.    Bitcoin Depot hides the true cost of its service in the "spread." ████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
█████████████████

88.    Consumers were unaware of the amount of money Bitcoin Depot charged them to use BTMs or believed that they paid a small service fee. Bitcoin Depot deceives consumers by obfuscating an excess charge known as the spread that is hidden within Bitcoin Depot's Terms of Service and is not clearly relayed to Iowa consumers even after the transaction is completed.

89.    The following images demonstrate how Bitcoin Depot hides the cost of purchasing Bitcoin, and the images are taken from Bitcoin Depot training documents, unless otherwise noted.

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT



90.    The first screen asks the consumer "How much would you like to buy today?" and gives him or her a range of options. The choices offered are: $20-$250, $251-$2,999, or $3,000-$15,000.

91.    Consumers then must enter their "mobile number" and agree to the terms and conditions.



92.     Consumers have the option of scrolling through the 47-page Terms of Service viewed through a narrow portion of the overall screen, or they can click "I accept these terms and conditions."

93.     This design makes reading the Terms of Service tedious and difficult and skipping the experience of reading easy. Even the choice to place the terms of service on a black background with white font contributes to the overall design goal of stopping the consumer from reading the document.

94.     After accepting the terms and entering a phone number, consumers must provide additional verifications depending on the money level the consumer wishes to send.

95.     For transactions under $250, the machine requires a name, phone number, and email address. Level 2, for transactions between $251 and $3,000, adds a requirement scanning an ID with

the machine. Finally, Level 3, including transactions between $3,001 and $15,000 requires a picture of the front and back of the ID and a social security number. The BTM is supposed to automatically send a link to consumers to verify their ID.

96.    Consumers may then insert cash.



97.    The above, example from Bitcoin Depot's training materials, also includes instructions for what customer service representatives should say to the consumer if assisting a transaction remotely. In the example, the user put in $60 into the machine, which shows he or she is about to purchase 0.00171722 BTC. On the top right of the screen is the transaction limit, the "service fee" of $3 and "1 BTC 33,193.10 USD." This is not the market price of Bitcoin at the time of the sale, but the Bitcoin Depot sales price of Bitcoin (with the extra charge of a spread included). Though noted in the above photo from Bitcoin Depot's training manual, this feature no longer appears during BTM transactions – further obscuring the true cost of the transaction to consumers.



98.    The above example (which again includes the addition of a customer service representative script that is not present on the actual machine) shows that when consumers complete the transaction, they can choose to print a receipt. The screen displays only the cash inserted and the Bitcoin sent.

99.    One confirmed scam victim provided the following picture of his receipts:



The relevant portions of the receipt located on the left states:

Transaction Receipt

2/29/24, 5:38 PM CST

| |
|---|
| Order: QWIDDPCU |
| Mobile: ********3587 |
| Type: buy |
| Status: pending coins send |
| Market Price: 61,249 USD |
| Sales Price: 79,684.95 USD |
| Cash: 8,800 USD |
| Service Fee: 3 USD |
| BTC Sent: 0.11039726 BTC |
| BTC address: bc1qucsly82sjrzr2rkxs9zvvlcu8w8eph2n0p3xmy |

100.    The Iowa consumer's receipt lists a "Market Price," which he was supposed to know is the market price of one Bitcoin. He was given a "Sales Price" which he is supposed to know is the price at which Bitcoin Depot is selling one Bitcoin. The receipt then lists the cash the consumer is putting into the machine, the service fee ("3 USD"), and finally the amount of Bitcoin sent and where it was sent.

101.    Assuming the Iowa consumer read and understood the terms of conditions, the only way for the Iowa consumer to know how much Bitcoin Depot charged in total fees is to go through the following steps:

   a.    Multiply the market price ($61,249) by the BTC Sent (0.11039726). This tells the consumer that the present-day value of the Bitcoin he has purchased is $6,761.72.

   b.    Subtract $6,761 from the inserted cash amount ($8,800) to obtain the total fee amount retained by Bitcoin Depot of $2,038.28.

   c.    The Iowa consumer knows there is a $3 flat fee, so he subtracts that from the total fee amount of $2,038.28 to know the Iowa consumer paid (i) a $3 service fee, plus (ii) an extra charge equal to $2,035.28.

   d.    The extra charge of $2,035.28 (which is the spread) is equal to slightly more that 23% of his total money inserted.

102.    Bitcoin Depot has taken recent steps to make this even less clear. Recent consumer receipts from BTMs provided to the Attorney General's office do not include the market price. The machines also no longer come with the option of printing a receipt instead opting to text consumers a link to a digital receipt.

103.    Bitcoin Depot does not express the full cost of its service as a US dollar amount on the screen and receipt, as many of its competitors do, because consumers would be less likely to use its service. This lack of transparency becomes even more important for Iowa scam victims who are often unfamiliar with Bitcoin values and directed by scammers to use BTMs. Scammers often use threats and emotional manipulation to fluster their victims and place them in a heightened emotional state. They then instruct the victims to skip screens quickly, not giving them time to read the 47-page Terms of Service or warnings on the screen. Many victims say they were unaware of the prices Bitcoin Depot charged, and if they had known, they would have further questioned the transaction and may not have put money into the machine.

**J.  Bitcoin Depot Hides the Cost of Using a BTM Behind Iowans' Experience with ATM Fees**

104.    Bitcoin Depot's use of the term "Bitcoin ATM" in its marketing and advertising further deceives consumers about its fees. People associate the term "ATM" with the more common bank automated teller machines that often charge a small service fee for its use. Consumers assume that the $3 service fee prominently displayed on the Bitcoin Depot ATM screen is similar a regular ATM fee. In that way, consumers are tricked into thinking the $3 is the extent of the fees they must pay.

105.    Bitcoin Depot encourages this confusion. In a recent blog post on its website entitled "Bitcoin ATMs vs. Traditional ATMs," the company states about traditional ATMs: "Many ATM-specific businesses allow users like you to grab cash on the go for a small fee. In fact, the total ATM market is estimated at a value of $24 billion." The article goes on to compare traditional ATMs and Bitcoin ATMs, discussing items like functionality, transaction types, accessibility, and regulatory framework. Conspicuously absent from the article is a cost comparison of using a Bitcoin ATM, despite mentioning the low fees associated with traditional ones. The post concludes, "Bitcoin ATMs and traditional ATMs represent distinct yet interconnected facets of the financial landscape. As financial technology continues to evolve, the interplay between these two types of ATMs signals a dynamic shift in how individuals interact with and understand the concept of money in the digital age." Bitcoin Depot, *Bitcoin ATMs vs. Traditional ATMs* (last updated Jan. 10, 2025), https://bitcoindepot.com/bitcoin-atm-info/bitcoin-atms-vs-traditional-atms/.

106.    Bitcoin Depot recently updated the Exchange Service Fee portion of its Terms of Service to say that the spread will range between 17.3% and 50% of the total transaction. The same document notes that these fees "may be significantly greater than other available options for converting fiat currency to Digital Currency." Bitcoin Depot, *Terms and Conditions*, https://bitcoindepot.com/terms-and-conditions/.

**K.  Bitcoin Depot's Internal Training Documents Show Bitcoin Depot Wants to Hide Its Total Fees**

107.    Bitcoin Depot's internal training documents reveal that if a consumer asks about fees, customer service representatives are to say, ███████████████

34

██████████████████████████████████ This lack of transparency means Iowa consumers and Iowa scam victims may never realize how much of the cash they insert into a BTM that Bitcoin Depot keeps.

108. If asked why its service costs so much, Bitcoin Depot customer service representatives are told to give ██████████████████████████████████████████████ ████████████████████████████████████

109. ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████

110. When victims do not realize that Bitcoin Depot currently retains between 17.3% and 50% of their money, they are more likely to continue to use the machine and less likely to request a refund from Bitcoin Depot—an intentional design choice that protects Bitcoin Depot's profits and the flow of Bitcoin to scammers.

**L. Bitcoin Depot Lies to Iowans About Its Refund Policy**

111. Bitcoin Depot keeps a separate "secret" refund policy that is only accessible through law enforcement and does not inform consumers of its existence.

112. If consumers read Bitcoin Depot's publicly available "Refund Policy" (last updated 10/30/23), they will see, in bold:

> **"Completed transactions and transactions to a wallet that you do not control are not eligible for a refund."**

Bitcoin Depot, *Refund Policy*, https://bitcoindepot.com/refund-policy/.

113. Likewise, the Terms of Service states:

> *Moreover, Customer acknowledges that Bitcoin Depot cannot retrieve or return any funds (including, but not limited to, cryptocurrencies) once sent to the designated address and, therefore, Bitcoin Depot does not provide any refunds after such point. Bitcoin Depot, Terms and Conditions, https://bitcoindepot.com/terms-and-conditions/.*

114. At any rate, Bitcoin Depot's official "Consumer Refund Policy," ████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████

35



115.  Bitcoin Depot at no point informs consumers of the existence of this hidden refund policy despite the policy's stating, ███████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████

██████████████████████████████████████████████
██████████████████████████████████████████████
████████████

116.  If Iowa consumers ask how much they can get back, or makes any inquiries about refunds, the document tells the customer representative to say: ████████████████
██████████████████████████████████████████████
███████████████████████████████

        And it continues:

*Id.*

117.    It is unclear how consumers are expected to know or use Bitcoin Depot's refund policy, and
        it is unclear whether law enforcement is aware that its involvement is necessary for any
        refund.

118.    Of the Iowa consumers the Attorney General's office has interviewed who tried getting a
        refund from Bitcoin Depot, very few have been successful. Some report being told that all
        transactions are final. Others read online that no refunds are available. Many reported their
        scams to police and were not given a refund.

119.

120.    Bitcoin Depot often denies refunds based on company policies that consumers do not know
        and cannot access. For example, one individual provided the company with a picture, a scam-
        related document, a receipt, a police report, and a letter from the Lyon County Sheriff's
        Department. Bitcoin Depot's analysis shows that the deposits occurred close to the victim's
        home address, the amount alleged to have been scammed matches the police report, and the
        report is consistent with a "hacked" scam. The individual reported the scam to police on
        April 25, 2024, the day of the transaction. Yet the officer did not report the fraud to Bitcoin
        Depot within its secret 30-day reporting window, and thus Bitcoin Depot retained all funds
        related to this obvious victim of fraud. *Id.*

121.    Bitcoin Depot cannot afford to advertise refunds or give refunds to all Iowa scam victims
        using its BTMs without sacrificing its profitability.

## IV.    Violations of the Iowa Consumer Fraud Act

122.    Under the Act:

> The act, use or employment by a person of an unfair practice, deception,
> fraud, false pretense, false promise, or misrepresentation, or the
> concealment, suppression, or omission of a material fact with intent that

37

others rely upon the concealment, suppression, or omission, in connection with the lease, sale, or advertisement of any merchandise or the solicitation of contributions for charitable purposes, whether or not a person has in fact been misled, deceived, or damaged, is an unlawful practice.

Iowa Code § 714.16(2)(a).

123.    Bitcoin Depot sells merchandise as defined by the Act. *Id*. Merchandise "includes any objects, wares, goods, commodities, intangibles, securities, bonds, debentures, stocks, real estate or services." *Id*. § 714.16(1)(e). BTMs provide money transmitter services as well as sell Bitcoin, which could be considered a good, commodity, or intangible under the Act.

124.    Bitcoin Depot has and is engaged in an "unfair practice, deception," and "misrepresentation" as follows:

### A.    Selling Bitcoin Through a Kiosk That Allows for Prevalent Scam Transactions is an Unfair Practice

125.    Bitcoin Depot's practice of selling Bitcoin through its BTMs in a manner that allows for prevalent scam transactions to be processed constitutes an "unfair practice" that is unlawful under Iowa Code § 714.16(2). An "unfair practice" is defined as an act or practice which causes substantial, unavoidable injury to consumers that is not outweighed by any consumer or competitive benefits which the practice produces." Iowa Code § 714.16(1)(i).

126.    The amount of money for the period of October 10, 2021, to July 26, 2024, processed through Iowa BTMs related to confirmed scam transactions totaled a staggering $7,243,991. This number is only expected to grow as the Attorney General's office has only been able to contact or confirm data related to $7,418,024 of the total $18,816,893 of transactions processed during the above period.

127.    Bitcoin Depot's policies comprise a paradigmatic "unfair practice." BTMs are causing "substantial, unavoidable injury" to Iowa consumers. Iowans are losing their life savings, going bankrupt, getting depression, and a myriad of other injuries because of BTMs.

128.    The injuries caused by BTMs far outweigh any consumer or competitive benefits under any equitable weighing test. Any benefit in the vast pile of scams, high transaction fees, and hidden refund policies is scant. Bitcoin Depot's expressed goal extending

cryptocurrency access to the unbanked or helping people send money abroad is not the typical case in Iowa.

129.    BTMs that operate under Bitcoin Depot's current policies and practices that allow BTMs to primarily operate as a gateway for scammers violate Iowa consumer protection laws. Bitcoin Depot BTMs create a path to financial ruin for Iowans, and especially older Iowans. Bitcoin Depot's deficiencies include, but are not limited to, failing to take timely, appropriate, and effective action to detect and prevent fraud-induced money transfers through its BTM system, as described above.

130.    Bitcoin Depot knows that its BTMs are frequently used by scammers to defraud older and vulnerable Iowa consumers, both within this State and elsewhere, but it does not institute adequate safeguards relate to BTM operations to prevent scam transactions that could avoid "substantial, unavoidable injuries" to Iowa consumers.

131.    Rather, Bitcoin Depot continues to employ practices related to BTMs that are akin to putting a loaf of bread known to be poisonous on the store shelf with a warning label slapped on to avoid liability. Both are unlawful under the Iowa Consumer Fraud Act and both cause "substantial, unavoidable injuries" that are not outweighed by consumer or competitive benefits.

132.    Bitcoin Depot's practice of selling Bitcoin through a BTM in a manner that allows for prevalent scam transactions is a violation of the Act. The State is entitled to civil penalties of up to $40,000 per violation of the Act under Iowa Code § 714.16(7). There is a violation with respect to each BTM located in Iowa.

## B. Bitcoin Depot Deceived Iowans About the Price of Bitcoin Purchased Through BTMs

133.    Bitcoin Depot's practices of failing to conspicuously present Iowa consumers with either the price of Bitcoin or the fees they pay, hiding the terms regarding the cost of Bitcoin and fees in lengthy, complex documents with inapplicable terms, and instructing its customer service representatives to evade and misdirect questions about cost are deceptive acts or practices that are unlawful under the Act.

134.    "Deception" under the Act is "an act or practice which has the tendency or capacity to mislead a substantial number of consumers as to a material fact or facts." Iowa Code § 714.16(1)(c). The price of a good or service is a material fact.

135.    Bitcoin Depot only advertises the $3.00 service fee associated with its BTMs in a clear
       and conspicuous manner. The extra charge known as the "spread" that Bitcoin Depot
       charges is hidden and made unclear to Iowa consumers.

136.    Additionally, Bitcoin Depot buries its extra charge in its Terms of Service and does not
       provide an example to Iowa consumers of how to calculate the charge themselves. It
       takes sophisticated math skills to back into determining the total fees associated with the
       purchase of Bitcoin BTM.

137.    Bitcoin Depot does not even offer clear information to an Iowa consumer about how it
       determines how much Bitcoin will be delivered.

138.    Bitcoin Depot further muddies the water by instructing its customer service
       representatives to evade and misdirect the few Iowa consumers who may realize there
       are additional fees.

139.    Bitcoin Depot's deception regarding the pricing and fees associated with the purchase of
       Bitcoin through a BTM is a violation of the Act. The State is entitled to civil penalties
       not to exceed $40,000 per violation of the Act under Iowa Code § 714.16(7). There is a
       violation with respect to each BTM located in Iowa. There is also a violation for each
       version of Bitcoin Depot's Terms of Service delivered to Iowa consumers, and a
       violation for the practice of customer service representatives in deceiving Iowa
       consumers on the telephone.

   **C. Bitcoin Depot Misrepresents to Iowa Consumers Its Refund Policy**

140.    Bitcoin misrepresents the existence of its refund policy in certain circumstances to Iowa
       consumers.

141.    Bitcoin Depot tells Iowa consumers it does not have a refund policy in certain cases
       such as transactions where Bitcoin is sent to a Bitcoin address not owned by the Iowa
       consumer. This is false; it does have a refund policy that can be applied in those
       instances to return Bitcoin or cash to Iowa consumers.

142.    Bitcoin Depot's misrepresentation regarding its refund policy violates the Act. The State
       is entitled to civil penalties of up to $40,000 per violation of the Act under Iowa Code
       § 714.16(7). There is a violation with respect to each BTM located in Iowa.

**D. Bitcoin Depot's Refund Policy Is Deceptive**

143.   Bitcoin Depot's refund policy and its implementation of the policy is deceptive and
       unlawful under the Act as both have a "tendency or capacity to mislead a substantial
       number of consumers" as to the material fact of obtaining a refund to which the Iowa
       consumer is entitled.

144.   Bitcoin Depot instructs its customer service representatives to avoid explaining that
       there is a refund policy and how it works. Bitcoin Depot does not explain to the
       consumer that she needs to involve law enforcement on a specific timeline to be entitled
       to receive a refund under the refund policy. Indeed, none of the necessary components to
       get a refund are conveyed to consumers.

145.   Bitcoin Depot actively tries to hide its refund policy from Iowa consumers and takes
       steps to deceive Iowa consumers as to a material fact or facts.

146.   Bitcoin Depot's deception regarding its refund policy violates the Act. The State is
       entitled to civil penalties of up to $40,000 per violation of the Act under Iowa Code
       § 714.16(7). There is a violation with respect to each BTM located in Iowa. There is also
       a violation for the practice of customer service representatives in deceiving Iowa
       consumers on the telephone.

**E. Bitcoin Depot's Violations of the Act Were Committed Against Iowa Consumers
    Sixty Years of Age or Older**

147.   The violations alleged in this Petition were committed against "older individuals" as
       defined under Iowa Code § 714.16A—those who are "sixty years of age or older." *Id*.

148.   The State is thus entitled to additional civil penalties of up to $5,000 for each violation
       of the Act that was committed against an older individual.

## V.    Conclusion and Prayer

The State of Iowa, *ex rel.* Attorney General Brenna Bird, requests that the Court render
judgment in the State's favor and:

A.   Declare that Defendants have engaged in misrepresentations, deceptions, and unfair
     practices against Iowa consumers in violation of the Iowa Consumer Fraud Act, Iowa
     Code § 714.16, *et seq.*;

41

B. Preliminarily and permanently enjoin Defendants from engaging in the deceptive and unfair acts described in this Petition whether that be by (i) a permanent ban from doing business in Iowa; (ii) placing additional safeguards and scam prevention requirements on the operation of BTMs in Iowa; or (iii) any other injunctive relief the Court deems necessary and equitable;

C. Adjudge the Defendants liable for civil penalties of $40,000 for each violation of the Iowa Consumer Fraud Act;

D. Adjudge the Defendants liable for additional civil penalties of $5,000 for each violation of the Iowa Consumer Fraud Act committed against an older individual; and

E. Order the Defendants to reimburse the full transaction amounts—including but not limited to the full cash or card amount processed through a BTM—to all Iowa consumers who (i) purchased Bitcoin through a BTM because they were a scam victim, (ii) would have been entitled to a refund under Bitcoin Depot's written refund policy, or (iii) attest they did not understand the total fees or price of Bitcoin at the time of their BTM transaction;

F. For all Iowa consumers entitled to reimbursement who cannot be located through reasonable efforts, order the Defendants to disgorge all related funds and property they acquired from those Iowa consumers through misrepresentations, deceptions, and unfair practices, and award the funds and property to the State to be used by the Attorney General under Iowa Code § 714.16(7);

G. Award the State its costs and fees under Iowa Code § 714.16(11), including expert-witness expenses; costs incurred in pursuing this action and investigation, including reasonable attorneys' fees; and prejudgment and post-judgment interest at the highest lawful rates; and

H. Grant all other relief necessary or appropriate to remedy the effects of Defendants' acts or to which the State may be entitled.

Date: February 26, 2025,                    Respectfully submitted,

                                            BRENNA BIRD
                                            ATTORNEY GENERAL


                                            _____
                                            James O'Hollearn
                                              Assistant Attorney General
                                            William R. Pearson
                                              Assistant Attorney General
                                            Daniel L. Barnes
                                              Deputy Attorney General for Consumer Protection
                                            Hoover Building
                                            1305 E. Walnut St.
                                            Des Moines, Iowa 50319
                                            (515) 281-6411
                                            james.ohollearn@ag.iowa.gov
                                            william.pearson@ag.iowa.gov
                                            daniel.barnes@ag.iowa.gov

# EXHIBIT J

# Appendix

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

2

# AFFIDAVIT

I, James Frick, being first duly sworn, do state:

1.  I am 72 years old and have personal knowledge of the matters contained in this Affidavit.

2.  I am a partially retired resident of Davenport, Iowa.  I work part time at a local Hy-Vee store.

3.  I am the victim of a scam which was perpetrated on February 29, 2024 and March 1, 2024.

4.  During the scam, I used Google to find a number for Best Buy's help desk.  The number connected me with an individual whom I believed to be a member of the Best Buy Geek Squad.  This individual was in fact a scammer who used false pretenses to convince me into sending him money.

5.  All of the money I sent to the fraudster was inserted into Bitcoin ATM (BATM).

    a.  I inserted $8,800 into a Bitcoin Depot Bitcoin ATM located at 2923 N Brady St, Davenport, IA on February 29, 2024. The machine sent the money to an address provided to me by the fraudster.

    b.  I inserted an additional $6,200 into the same ATM on March 1, 2024.  The machine sent the money to an address provided to me by the fraudster.

    c.  I also inserted 8,800 into a BATM controlled by RockitCoin on March 1, 2024, and attempted to send the money to the fraudster, though this transaction was interrupted and prevented by RockitCoin, and I eventually was refunded the transaction.

6.  In total, I deposited $15,000, in $100 bills, into the same BATM located at 2923 N Brady St, Davenport, IA 52803.

7. I sent the money to an address provided to me by the Fraudster that I did not own or control.

8. But for the scammer directing me to do so, I would have never used a BATM.

9. I had no idea what Bitcoin was, and I am still unsure how it works.

10. At no time during the many times, I used the BATM do I recall being contacted by anyone from Bitcoin Depot to warn, inquire or confirm that I was not being a victim of a scam. I did note verbal warnings on the screen BATM, which I was told by the Fraudster to ignore.

11. I did receive a call from a RockitCoin Customer Service Representative, who was able to help me realize that I was being victimized by a fraudster and stop the transaction prior to the money being sent.

12. At no time did any store employee where the Bitcoin Depot BATMs were located warn me that I could be getting scammed.

13. I had no idea that the Bitcoin Depot BATM was charging me a fee to use the machine in excess of the listed $3 service fee.

14. Had I known that Bitcoin Depot was charging me such a high fee, I would not have used their BATM service.

15. The fact that I had to enter my personal information by scanning my driver's license, made me feel that the BATM transaction was safe and legitimate.

16. I have reported the above crime to the Davenport Police, the Iowa Attorney General's Office, the FBI, and to Bitcoin Depot directly.

17. I am aware that Bitcoin Depot has a refund policy. I have attempted to work with Bitcoin Depot to receive a refund. I have thus far been unsuccessful in receiving a refund from Bitcoin Depot.

18. I have not recovered any money that I put into a Bitcoin Depot BATM, nor have I recovered

any fees I paid to Bitcoin Depot for the use of their BATM.


The above is true and correct to the best of my knowledge. Further, the affiant sayeth not.


_James Frick_

James Frick


Subscribed and sworn to by James Frick
before the undersigned Notary Public this ___17th___ day of January 2025.

_Alexander O'Haver_

Notary Public for the State of Iowa

ALEXANDER O'HAVER
Commission Number 768786
My Commission Expires
7-13-2027

RCVD JAN 28 2025

## AFFIDAVIT

I, Mary Strassburger, being first duly sworn, do state:

1. I am 78 years old and have personal knowledge of the matters contained in this Affidavit.

2. I am a partially retired resident of Davenport, Iowa. I work part time at a residential center for the disabled.

3. I am the victim of a scam which occurred from January 2022 to September 2022.

4. I met an individual while playing the online game "Words with Friends." This individual was in fact a fraudster who used false pretenses to convince me into sending him money repeatedly.

5. All of the money I sent to the fraudster was inserted into Bitcoin ATM (BATM).

6. In total, I deposited $46,240, in cash, into the same BATM located at Shell 4425 W Locust St. in Davenport IA 52804.

7. I sent the money to address(es) provided to me by the fraudster that I did not own or control.

8. But for the fraudster directing me to do so, I would have never used a BATM.

9. I had no idea what Bitcoin was, and I am still unsure how it works.

10. At no time during the many times I used the BATM do I recall being contacted by anyone from Bitcoin Depot to warn, inquire or confirm that I was not being a victim of a scam.

11. At no time did any store employee where the BATM was located warn me that I could be getting scammed.

12. I had no idea that the Bitcoin Depot BATM was charging me a fee to use the machine.

13. Had I known that Bitcoin Depot was charging me such a high fee, I would not have used their BATM service.

14. I recall seeing warnings on the machines but recall believing the warnings did not apply to
me.

15. I have reported the above crime to the Davenport Police Department.

16. I was not aware that Bitcoin Depot had a refund policy nor that Bitcoin Depot retained any
of the money I had been scammed into sending.

17. I have not recovered any money that I lost to the fraudster, nor have I recovered any fees I
paid to Bitcoin Depot for the use of their BATM.

The above is true and correct to the best of my knowledge. Further, the affiant sayeth not.

Mary Strassburger

Subscribed and sworn to by Mary Strassburger
before the undersigned Notary Public this _24_ day of January 2025.

Notary Public for the State of Iowa

**KAYLA ROBERTSON**
Commission Number 859750
My Commission Expires
October 16, 2027

**AFFIDAVIT**                              RCVD JAN 27 2025

I, Susan Watterson, being first duly sworn, do state:

1. I am 76 years old and have personal knowledge of the matters contained in this Affidavit.
   (I am 78 years old now, but was 76 when this happened.)

2. I am a partially retired resident of Fairfield, Iowa. I work part time as a consultant.

3. I am the victim of a scam which was ongoing from on or about September 11 to September
   15, 2023.

4. On or about September 11, 2023, I received an email informing me that my computer was
   hacked and that I needed to call a number listed in the email before I could use my computer
   again. After calling the number, I talked to several wonderful sounding people who
   convinced me I made a mistake in paying them for their services so I owed them $60,000.
   When I resisted there were a lot of tears and pleading by the guy I had been working with
   to pay for getting the hack fixed. Never imagining this could be a lie, my heart went out to
   him.

5. All of the money I sent to the fraudster was inserted into Bitcoin ATMs (BATM).

6. In total, I deposited $35,000, in cash, into the following BATMs: (note: this is what is on
   record but I had gotten $40,000 out of my bank in cash and on those 2 trips I thought I had
   deposited $39,600 because the bitcoin machine rejected some of the bills. I am hazy about
   it so the records must be right. Maybe the gap was the amount the BATM charged me as a
   fee. I had no idea I was being charged any fee.)

   a. On September 14, 2023 I deposited $4,000 into a Bitcoin ATM owned by Bitcoin
      Depot, located at 1021 E. Main St., Ottumwa IA 52501.

      b. On September 14, 2023, I deposited 16,000 into a Coinflip BATM located at 405 S. Madison Ave., Ottumwa IA 52501.

      c. On September 15, 2023 I deposited an additional $15,000 into a Bitcoin ATM owned by Bitcoin Depot, located at 1021 E. Main St., Ottumwa IA 52501.

7. The BATMs sent the money to an address provided to me by the fraudster, which I do not control.

8. But for the fraudster directing me to do so, I would have never used a BATM.

9. I had no idea what Bitcoin was, and I am still unsure how it works.

10. At no time do I recall being contacted by anyone from Bitcoin Depot or CoinFlip to warn, inquire or confirm that I was not being a victim of a scam.

11. Had they done so, I believe I would not have been the victim of a scam.

12. At no time did any store employee where the BATM was located warn me that I could be getting scammed.

13. I had no idea that the BATMs were charging me a large fee to use the machine.

14. Had I known that the BATMs were charging me such a large fee, I would have been far more skeptical of the fraudster.

15. The fraudster was on the phone with me the entire time I used the BATMs, telling me what information to enter.

16. I attempted to read the Terms of Service of the machines but was instructed by the fraudster to skip past it.

17. I recall seeing warnings on the machines but was instructed by the fraudster to ignore the warnings.

18. I have reported the above crime to the Fairfield Police Department.

19. I was not aware that Bitcoin Depot or CoinFlip had a refund policy nor that Bitcoin Depot

retained any of the money I had been scammed into sending.

20. I have not recovered any money that I lost to the fraudster, nor have I recovered any fees I

paid to Bitcoin Depot or CoinFlip for the use of their BATM. (The police actually told me

it was impossible to recover anything once fraudsters had me put it into Bitcoin)

21. I wish my bank had cautioned me when I withdrew that much cash.

The above is true and correct to the best of my knowledge. Further, the affiant sayeth not.

Susan Watterson

Subscribed and sworn to by Susan Beryl Watterson
before the undersigned Notary Public this ___22___ day of January, 2025.

Notary Public for the State of Iowa

LAURA FRANKLIN
Commission Number 831702
My Commission Expires
04-28-2027

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

# Terms and Conditions

BITCOIN DEPOT® TERMS AND CONDITIONS

Thank you for visiting the Bitcoin Depot website located at
www.bitcoindepot.com ("the "Site") and/or one of the Bitcoin Depot virtual
currency kiosks ("Kiosks," and together with the Site, the "Bitcoin Depot
Venues"). The Bitcoin Depot Venues are properties of Bitcoin Depot
Operating, LLC d/b/a Bitcoin Depot (collectively, "Bitcoin Depot" "we," "our"
or "us"). The following Bitcoin Depot Terms and Conditions ("Terms and
Conditions") are inclusive of the Bitcoin Depot Privacy Notice ("Privacy
Notice"), the Bitcoin Depot Refund Policy ("Refund Policy"), the Bitcoin
Depot Delivery Policy ("Delivery Policy"), the Frequently Asked Questions
("FAQ") and any and all other applicable operating rules, Policies, price
schedules and other supplemental terms and conditions or documents that
may be published from time to time, which are expressly incorporated
herein by reference (collectively, the "Agreement").

Capitalized terms shall have the meanings defined in line herein or as set
forth in Section 19 (Definitions) below.

PLEASE REVIEW THE TERMS OF THE AGREEMENT CAREFULLY. IF A USER
DOES NOT AGREE WITH THE TERMS OF THE AGREEMENT IN THEIR
ENTIRETY, THAT USER IS NOT AUTHORIZED TO USE THE BITCOIN DEPOT
OFFERINGS IN ANY MANNER OR FORM.

THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF
LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO
ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER AGAINST

Bitcoin Depot_0000709

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 121 of 171 PageID #:
E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT
326

76

BITCOIN DEPOT, AS WELL AS ITS PARENT, SUBSIDIARIES, RELATED PARTIES,
THIRD-PARTY SERVICE PROVIDERS AND MARKETING PARTNERS
[COLLECTIVELY, "COVERED PARTIES"], WHO ARE EXPRESS THIRD-PARTY
BENEFICIARIES OF THE MANDATORY ARBITRATION PROVISION. THE
AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE
AGREEMENT.

NEW JERSEY STATE RESIDENTS ARE ENCOURAGED TO REVIEW THEIR
RIGHTS UNDER THE AGREEMENT, AS PROVIDED UNDER THE NEW JERSEY
TRUTH-IN-CONSUMER CONTRACT WARRANTY AND NOTICE ACT
["TCCWNA"].

**ATTENTION**: SENDING TO A WALLET THAT YOU DO NOT CONTROL IS AN
EXPRESS VIOLATION OF OUR TERMS AND WILL RESULT IN YOU BEING
BANNED FROM OUR PLATFORM.

Each end-user visitor to the Site ["User," "Customer," "you" or "your"]
agrees to the terms of the Agreement, in their entirety, when she/he: [a]
accesses or uses a Bitcoin Depot Venue; [b] accesses and/or downloads any
of the: [i] blog posts, text, audio, video, photographs, graphics, artwork
and/or other content featured on/in the Bitcoin Depot Venues, including
crypto currency-related content [collectively, "Informational Content"];
and/or [ii] links to third party websites, products and/or services ["Third-
Party Links," and together with the Informational Content, the "Content"];
[c] accesses links to Bitcoin Depot's social media pages/accounts
[collectively, "Social Media Pages"] on third-party social media websites,
such as Facebook®, Instagram® and Twitter® ["Social Media Websites"]; [d]
accesses certain message boards, comments sections, customer ratings and
other interactive features of the Site [collectively, "Interactive Services"]; [e]

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 122 of 171 PageID #:
317
E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

77

registers to receive the Bitcoin Depot e-mail newsletter ["Newsletter"]; [f] purchase Bitcoin [collectively, the "Cryptocurrencies"] by and through the Bitcoin Depot Venues' ["Purchase Services"]; [g] trades any of the designated Digital Currencies via the Bitcoin Depot Over-the-Counter market service ["OTC Service"]; [h] uses the Kiosk-locater search functionality to locate a Kiosk near the User's designated location ["Store Locator"]; [i] accesses information regarding employment opportunities with Bitcoin Depot ["Career Opportunity Listings"]; [j] uses the Bitcoin Depot mobile app ["Mobile App"]; and/or [k] utilizes the various contact forms and/or contact information made available via the Bitcoin Depot Venues as a means to contact directly, or request to be contacted by, Bitcoin Depot [collectively, the "Contact Services," and together with the Bitcoin Depot Venues, Content, Social Media Pages, Newsletter, Purchase Services, OTC Service, Store Locator, Mobile App, and Career Opportunity Listings, the "Bitcoin Depot Offerings"].

Instagram® and Facebook® are registered trademarks of Facebook, Inc. ["Facebook"]. Twitter® is a registered trademark of Twitter, Inc. ["Twitter"]. Please be advised that Bitcoin Depot is not in any way affiliated with Facebook or Twitter, nor are the Bitcoin Depot Offerings endorsed, administered or sponsored by either of the aforementioned entities.

1. Scope; Modification of Agreement. The Agreement constitutes the entire and only agreement between Users and Bitcoin Depot with respect to Users' use of the Bitcoin Depot Offerings, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to same. We may amend the Agreement from time to time in our sole discretion, without specific notice to you; provided,

however, that: [a] any amendment or modification to the arbitration provisions, prohibition on class action provisions or any other provisions applicable to dispute resolution [collectively, "Dispute Resolution Provisions"] shall not apply to any disputes incurred prior to the applicable amendment or modification; and [b] any amendment or modification to pricing and/or billing provisions ["Billing Provisions"] shall not apply to any charges incurred prior to the applicable amendment or modification. The latest Agreement will be posted on the Site and in the User, interface associated with the Kiosks, and you should review the Agreement prior to using the Bitcoin Depot Offerings. By your continued use of the Bitcoin Depot Offerings, you hereby agree to comply with, and be bound by, all of the terms and conditions contained within the Agreement effective at that time [other than with respect to disputes arising prior to the amendment or modification of the Dispute Resolution Provisions, or charges incurred prior to the amendment or modification of the Billing Provisions, which shall be governed by the Dispute Resolution Provisions and/or Billing Provisions then in effect at the time of the subject dispute or incurred charges, as applicable].

2. Our Relationship with You.

2.1. Bitcoin Depot is a Registered Money Services Business. As a registered Money Service Business, Bitcoin Depot sells and purchases Digital Currency from third parties and then resells that Digital Currency to you and/or buys your Digital Currency in exchange for Fiat Sovereign backed currency, such as U.S. Dollars ["USD"]. If you violate any portion of the Agreement, we have the right to refuse your transaction and prohibit you from using the Bitcoin Depot Offerings indefinitely without reason or explanation.

2.2. Your Privacy. Protecting your privacy is very important to Bitcoin Depot. Please review our Privacy Notice in order to better understand our commitment to maintaining your privacy, as well as our use and disclosure of your Information.

2.3. Privacy of Others. If you receive Information about another User through the Bitcoin Depot Offerings, you must keep the Information confidential and only use it in connection with the Bitcoin Depot Offerings. You may not disclose or distribute a User's Information to a third party or use the Information for marketing purposes.

2.4. Intellectual Property. 'bitcoindepot.com,' 'Bitcoin Depot,' and all logos related to the Bitcoin Depot Offerings are either common law trademarks or registered trademarks of Bitcoin Depot or its licensors. You may not copy, imitate or use them without Bitcoin Depot's prior written consent. In addition, all page headers, custom graphics, button icons and scripts are service marks, trademarks and/or trade dress of Bitcoin Depot. You may not copy, imitate or use them without our prior written consent. All right, title and interest in and to the Bitcoin Depot Venues, any Content made available in connection therewith, the other Bitcoin Depot Offerings, the technology related to the Bitcoin Depot Offerings, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of Bitcoin Depot and its licensors.

2.5. Assignment. You may not transfer or assign any rights or obligations you have under the Agreement without Bitcoin Depot's prior written consent in each instance. Bitcoin Depot reserves the right to transfer or assign the Agreement or any right or obligation under the Agreement at any time.

2.6 Notices to You. You agree that Bitcoin Depot may provide notice to you by posting it on our Site and in the User, interface associated with the Kiosk, emailing it to the email address listed in your Account, sending an SMS text message to the phone number listed in your Account [where we have obtained your consent to do so, and subject to any restrictions imposed by applicable law] or mailing it to the street address associated with your Account. Such notice shall be considered received by you within twenty-four [24] hours of the time it is posted on our Site and in the User, interface associated with the Kiosk or, as applicable, the time it is emailed to you unless we receive notice that the email was not delivered. If the notice is sent by mail, such notice shall be considered received three [3] Business Days after it is sent. You may request a paper copy of any legally required disclosures and you may terminate your consent to receive required disclosures through electronic communications by contacting Bitcoin Depot as described in section 2.7 below. Bitcoin Depot reserves the right to charge you a records request fee to provide a paper copy.

2.7 Notices to Bitcoin Depot. Except as otherwise stated below, notice to Bitcoin Depot must be sent by postal mail to: Bitcoin Depot, 2870 Peachtree Rd. NW #327, Atlanta, GA 30305, United States, and electronically to: Support@BitcoinDepot.com

2.8 SMS Text Messages and Email. Where you provide "prior express consent" within the meaning of the Telephone Consumer Protection Act [47 USC § 227], and its implementing regulations adopted by the Federal Communications Commission [47 CFR § 64.1200], as amended from time-to-time ["TCPA"], you understand and agree that Bitcoin Depot may send you informational SMS text messages utilizing an automatic telephone

dialing system. You may receive a maximum of 20 such SMS text messages per calendar month. Standard message and data rates may apply to any SMS text messages. Text "STOP" to opt-out from future messages. You may text "HELP," or email us at Support@BitcoinDepot.com, for help. We shall not be liable for delayed or undelivered messages.

The following non-exhaustive list of mobile carriers are not liable for delayed or undelivered messages:

AT&T, Alltel, T Mobile, Verizon Wireless, U.S. Cellular, Sprint, Boost, Metro PCS, Cellcom, Cellular One, Cellular South, Cincinnati Bell, nTelos, Virgin Mobile, ACS Wireless, Bluegrass, Centennial, Cox Communications, ECIT - Cellular One of East Central Illinois, EKN - Appalachian Wireless, GCI Communications, Immix - PC Management, Inland Cellular, IVC - Illinois Valley Cellular, Nex-Tech Wireless, RCC/Unicel, Revol, RINA/All West Wireless, RINA/CTC Telecom-Cambridge, RINA/FMTC-Farmers Mutual Telephone Co., RINA/Nucla-Naturita Telephone Co., RINA/Silverstar, RINA/Snake River PCS, RINA/South Central, RINA/Syringa Wireless, RINA/UBET, and West Central Wireless.

You also understand and agree that: [a] Bitcoin Depot may send emails, including commercial emails, to the email address you provided to Bitcoin Depot and [b] such emails may be sent to a wireless device and you might be charged by your wireless carrier for the transmission of such emails. You may revoke consent to receive commercial emails from Bitcoin Depot at any time.

3. Accounts.

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

82

3.1 Opening an Account. In order to use some of the Bitcoin Depot Offerings,
you must create an account with Bitcoin Depot ["Account"], and/or you
must provide information sufficient for us to verify your identity each time
you use the Bitcoin Depot Offerings. The information that you must supply in
order to open an Account and/or use certain of the Bitcoin Depot Offerings
may include, without limitation: [a] your full name; [b] your date of birth; [c]
your mailing/billing address; [d] your e-mail address; [e] your telephone
number; [f] your credit card information, debit card information and/or bank
account information [where purchasing Digital Currencies]; [g] certain
biometric information used to confirm your identity; [h] certain
identification-related data [such as your Social Security Number, driver's
license number and related information, and passport number and related
information]; and/or [i] any other information requested by us via the
applicable Bitcoin Depot Venue [collectively, "Registration Data"]. You agree
to: [i] provide accurate, truthful and current Registration Data when creating
an Account or when using one of our Kiosks; [b] use your Account and the
Bitcoin Depot Offerings only for yourself, not share access to your Account
with others and not conduct transactions on behalf of others by and through
your Account; and [iii] promptly notify us if you discover or otherwise
suspect any security breaches or misuse related to your Account. You are
responsible for maintaining the confidentiality of your Account and
associated log-in information, and for restricting access to your computer,
and you agree to accept responsibility for all activities that occur through
use of your Account, including any purchases or other transactions made
therethrough. Further, you expressly represent and warrant that you will
only send funds to your own personal wallet and not the wallet of any third
party individual or entity.

3.2. Eligibility. To be eligible to access the Bitcoin Depot Offerings, you must be: [a] at least eighteen [18] years of age [or the age of majority if greater than eighteen [18] years of age in your jurisdiction of residence] or older; and [b] able to enter into legally binding contracts under applicable law; and [c] a resident of the United States [collectively, "Usage Requirements"]. The Bitcoin Depot Offerings are not intended for individuals who do not satisfy the Usage Requirements. By using the Bitcoin Depot Offerings, you represent and warrant that you: [i] are of legal age to form a binding contract in your jurisdiction; [ii] have not previously been suspended from using the Bitcoin Depot Offerings; [iii] are a resident of the United States; [iv] have full power and authority to enter into the Agreement and in doing so will not violate any other agreement to which you are a party; [v] are not under the control of, or a national or resident of any country to which the United States has embargoed goods or services; [vi] have not been identified as a "Specially Designated National" by the U.S. Office of Foreign Assets Control; and [vii] have not been placed on the U.S. Department of Commerce's Denied Persons List. If you are using the Bitcoin Depot Offerings on behalf of a legal entity, you further represent and warrant that: [A] such legal entity is duly organized and validly existing under the laws applicable to its jurisdiction of organization; and [B] you are duly authorized by such legal entity to act on its behalf.

3.3. Identity Authentication. You authorize Bitcoin Depot, directly or through third party identification verification service providers, to make any inquiries we consider necessary to validate your identity. This may include: [a] asking you for further information; [b] requiring you to provide a taxpayer identification number; [c] requiring you to take steps to confirm ownership of your email address and/or financial instruments; and/or [d] verifying your

Information against third party databases or through other sources. Prior to your use of the Bitcoin Depot Offerings by and through a Kiosk, you must provide all of the information requested by Bitcoin Depot via the applicable Bitcoin Depot Venue including, without limitation, Registration Data and any additional information requested [collectively, "Personal Information"]. You acknowledge that Bitcoin Depot will analyze and validate your identity by reference to the Personal Information that you provided to determine whether you qualify to use the Bitcoin Depot Offerings ["Verification Process"]. Your use of the Bitcoin Depot Offerings may be delayed during the Verification Process, and Bitcoin Depot disclaims responsibility for any loss, delay or other harm relating thereto. If you do not pass the Verification Process, or if you fail to provide any of the information required to access the Bitcoin Depot Offerings, you will be denied access to the Bitcoin Depot Offerings. If you believe your access to the Bitcoin Depot Offerings has been wrongly denied, please contact us at: support@bitcoindepot.com.

3.4. Third Party Permissions. If you grant express permission to a third party to take specific actions on your behalf, or access particular information about your Account, either through your use of the third party's product or service or otherwise, you acknowledge that Bitcoin Depot may disclose the information about your Account that is specifically authorized by you to be provided to this third party. You also acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under the Agreement. Further you acknowledge and agree that you will not hold Bitcoin Depot responsible for, and will indemnify Bitcoin Depot from and against, any and all liability arising from the actions or inactions in connection with the permissions you grant.

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 130 of 171 PageID #:
325
E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

85

3.5. Necessary Equipment. You are responsible, at all times, for ensuring
that you have an Internet connection, computer/mobile device, up-to-date
Internet browser versions, a functioning e-mail account, applicable software,
applicable hardware and/or other equipment necessary to access the Bitcoin
Depot Offerings. Bitcoin Depot does not guarantee the quality, speed or
availability of the Internet connection associated with your mobile device
and/or computer. Bitcoin Depot does not guarantee that the Bitcoin Depot
Offerings can be accessed: [a] on all mobile devices; [b] through all wireless
service plans; [c] in connection with all Internet browsers; or [d] in all
geographical areas. Standard messaging, data and wireless access fees may
apply to your use of the Bitcoin Depot Offerings through your wireless
device. You are fully responsible for all such charges and Bitcoin Depot has
no liability or responsibility to you, whatsoever, for any such charges billed
by your wireless carrier.

4. Transactions: Kiosk and Physical Agent Transactions.

The terms of this Section 4 apply to any purchase or sale of Digital Currency
carried out via a Kiosk, the OTC Service or physical agent location [each, an
"Order"].

4.1. Order Information. You must provide all information requested by
Bitcoin Depot in connection with any Order, including: [a] for purchase
Orders, the amount of U.S. Dollars you intend to spend in connection with
the purchase and the Digital Currency wallet address to which Bitcoin Depot
will send the Digital Currency you purchase; and [b] for sales Orders, the
amount of Digital Currency you intend to sell. You are solely responsible for
the accuracy of any Order information you submit.

4.2. Offer Terms. When you place an Order, you will be able to view the specific terms and conditions applicable to your Order which may include: [a] a price at which Bitcoin Depot will sell Digital Currency to you and all applicable fees; and [b] for sale transactions only, the Offer expiration time, which is the deadline by which the Digital Currency you intend to sell to Bitcoin Depot must be received by Bitcoin Depot or its designated agent. For sale transactions only, you may be shown the terms, conditions and pricing associated with the transaction [collectively, the "Offer Terms"] that may also contain a QR code with Bitcoin Depot's Digital Currency payment address, and a cash redemption code that is activated subject to fulfillment of the conditions set forth in Section 4.3[b] below ["Sales Ticket"].

4.3. Order Completion. In order to accept Bitcoin Depot's offer to purchase or sell Digital Currency [or the offer to purchase or sell Digital Currency from a third party when using the OTC Service], you must satisfy any terms and conditions stated in the Offer Terms including, without limitation, by fulfilling the requirements outlined below.

[a] Purchase Order Completion. To complete your purchase of Digital Currency from Bitcoin Depot : [i] via a Kiosk, in accordance with the applicable Offer Terms, you must insert cash into the Kiosk to pay Bitcoin Depot in accordance with the applicable pricing and other terms, whereupon Bitcoin Depot will send the amount of Digital Currency calculated by the exchange rate specified in the Offer Terms and other markup to the Digital Currency wallet address you provide within a reasonable timeframe; provided, however, that we cannot guarantee that the Digital Currency will be transmitted to your address within any specific timeframe or that the wallet address you provide will be compatible with the specific

Bitcoin Depot_0000720

cryptocurrency you select; and [ii] via the OTC Service, in accordance with the applicable Offer Terms, Bitcoin Depot will send you Bitcoin Depot's wire instructions; provided, however, that Bitcoin Depot reserves the right to update the purchase price quote if the wire transfer is not initiated within one hour from the time that Bitcoin Depot sends the wire instructions or if the price of the applicable Digital Currency fluctuates by more than one percent [1%] from the time that Bitcoin Depot provides you with the quote for the price of the subject Digital Currency. Upon receipt of the wire for the full amount set forth in the Offer Terms, Bitcoin Depot may send you a de minimis amount of the subject Digital Currency as a test transaction. Once you confirm receipt of the test amount, Bitcoin Depot will send the remaining amount of Digital Currency to the Digital Currency wallet address you provide within a reasonable timeframe; provided, however, that we cannot guarantee that the Digital Currency will be transmitted to your address within any specific timeframe. Once a wire has been initiated, an order cannot be cancelled.

[b] Sale Order Completion. To complete your sale of Digital Currency to Bitcoin Depot, where available, in accordance with the applicable Offer Terms, the following must occur: [i] you must send the subject Digital Currency to the Digital Currency address that we designated in the Offer Terms ["Payment Address"]; and [ii] Bitcoin Depot or its designated agent, must confirm its receipt of such Digital Currency before the Offer Terms expire. If the foregoing steps are successfully completed and all other Offer Terms are satisfied, then either: [A] you will be provided U.S. Dollars by Bitcoin Depot or the applicable Kiosk in the amount specified in the Offer Terms; or [B] the Kiosk will disburse to you the amount of U.S. Dollars specified in the Offer Terms when you send the required Digital Currency to

the designated Bitcoin Depot QR code displayed at the Kiosk. If you do not fulfill all requirements as outlined in the applicable Offer Terms or such other applicable terms, Bitcoin Depot will not be bound by such Offer Terms and the original Order will be cancelled. For instance, your Order will be cancelled if the timeframe provided in the Offer Terms expires before you fulfill the steps outlined in this Section 4.3. If you send an incorrect amount of Digital Currency to the Payment Address, this constitutes a new offer to Bitcoin Depot , superseding the existing Offer Terms and Bitcoin Depot , in its sole discretion, may either: [I] cancel the Order and return all the Digital Currency that you sent , less any applicable network or transaction fees; or [II] accept your new offer as follows: [x] if you send more Digital Currency to the Payment Address than specified in the Offer Terms, Bitcoin Depot will honor the Offer Terms and disburse the excess amount of Digital Currency to the address from which you originally sent the Digital Currency, less any applicable network or transaction fees; or [y] if you send less Digital Currency to the Payment Address than specified in the Offer Terms, Bitcoin Depot will round down your offer as necessary to the closest entry in the then-current Rate Table and disburse the excess amount of Digital Currency to the address from which you originally sent the Digital Currency, less any applicable network or transaction fees. If your sales Order is cancelled for any reason and you have submitted Digital Currency to Bitcoin Depot, your Digital Currency will be returned [less any applicable network and transaction fees] to the address from which you originally sent the Digital Currency; provided, however, that we cannot guarantee that the Digital Currency will be transmitted to your address within any specific timeframe. If your purchase Order is cancelled and you have inserted U.S. Dollars into the Kiosk, your U.S. Dollars will be returned; provided, however, that in such

circumstances you must immediately contact support via email at: support@BitcoinDepot.com. You are responsible for remaining physically present at the Kiosk to receive any cash, receipts, or paper wallets, or to input any required information. Bitcoin Depot is not responsible for your failure to receive any U.S. Dollars or Digital Currency returned or disbursed in accordance with the terms of the Agreement.

4.4. Receipts. Upon completion of a purchase transaction with Bitcoin Depot, you will either be provided with a paper wallet containing your Digital Currency, or the Digital Currency will be transferred to your designated Digital Currency address, and you may receive a paper receipt from the Kiosk, an email, or an SMS text message that contains the Offer Terms and/or actual amount of Digital Currency purchased from Bitcoin Depot. Upon your placement of a Sales Order, you will be provided with a QR code on the Kiosk screen as mentioned above which contains the Bitcoin Depot wallet address where you need to send the Digital Currency that you wish to sell. After Bitcoin Depot has received your Digital Currency, and after Bitcoin Depot has dispensed U.S. Dollars to you via one of our Kiosks, you may be provided with an SMS text message that contains the Offer Terms and the amount of U.S. Dollars dispensed to you.

4.5. Transactions. Transactions may, as applicable and permitted by Bitcoin Depot, be placed online twenty-four [24] hours a Day, seven [7] Days a week or via physical Kiosk or physically at an authorized agent/dealer during available specified hours. Upon confirmation, an e-mail or SMS text message may be sent to the Customer. Bitcoin Depot encourages all Customers to log into their Digital Currency wallet account within one [1] hour of initiating a

purchase or sale transaction in order to verify the transaction's status and to review all payment procedures and the transaction history.

4.6. Purchase Restrictions. We may, at our discretion, impose limits on the amount of Digital Currency you can buy, sell or send through the Bitcoin Depot Offerings. Bitcoin Depot reserves the right to unilaterally amend existing restrictions or implement new restrictions without notice at any time.

4.7. Price Confirmations for Customer Purchase Transactions. An estimated price is displayed at the time a Customer Purchase Transaction is submitted. However, the price at the time a transaction is submitted may be subject to market fluctuations. Bitcoin Depot, in its sole discretion, may choose to require that a Customer have a portion of the intended purchase price, or the entire intended purchase price, in cleared funds, prior to placing an Order. Should a Customer wish to cancel an Order at any point after the subject transaction has been completed, the Customer may be liable for cancellation fees as described in the Agreement and/or otherwise via the applicable Bitcoin Depot Venue. Should a Customer wish to cancel an Order at any point prior to when a transaction has been completed, the Customer may be liable for cancellation fees as described in the Agreement and/or otherwise via the applicable Bitcoin Depot Venue. Customer acknowledges and agrees that Bitcoin Depot is not liable for any services or goods which are provided by or facilitated by any third party. Moreover, Customer acknowledges that Bitcoin Depot cannot retrieve or return any funds (including, but not limited to, cryptocurrencies) once sent to the designated address and, therefore, Bitcoin Depot does not provide any refunds after such point.

4.8. Price Confirmations for Customer Sale Transactions. A price is confirmed at the time a Customer Sale Transaction is submitted. The price at the time a transaction is submitted will be locked in, regardless of market fluctuations. Bitcoin Depot, in its sole discretion, may elect to prevent a Customer Sale Transaction from being completed if it chooses. The Customer, in agreeing to these Terms and Conditions, acknowledges that Bitcoin Depot will not be held liable for any potential losses incurred due to market fluctuations during this period.

5. Payment.

5.1. Acceptable Methods of Payment – Customer Purchase Transactions. Bitcoin Depot may choose to accept any of the following methods of payment for Customer Purchase Transactions: [a] cash [Kiosk only]; [b] ACH or wire transfer via bank account [Online only]; [c] credit card [online only]; and [d] debit card [online only]. Bitcoin Depot reserves the right to choose to accept or refuse any method of payment, at any time, in its sole discretion.

5.2. Proceeds from Customer Sale Transactions. Customer Sale Transactions are only available via designated 2-way Kiosks and only exchange Digital Currency for cash. Bitcoin Depot reserves the right to choose to offer or decline to offer any method of payment, at any time, in its sole discretion. Some payment options may be subject to a service fee, which will be presented to Customer prior to confirmation of the subject Order. While Bitcoin Depot will make commercially reasonable efforts to process transactions in near real-time, processing and settlement for Customer Sale Transactions may, under certain circumstances, take additional time. Due to anti-money laundering legislation in the United States, Bitcoin Depot cannot

Bitcoin Depot_0000725

forward the proceeds from any Customer Sale Transaction to an individual who is not a designated Account owner or holder.

5.3. Payments from Business Accounts. Any payment from a Customer Sale Transaction from a Business Account, where permitted by Bitcoin Depot, can be made in the business's name only. For sole proprietorships, payment can be made in the business's name or the sole proprietor's name, provided proper authorization documentation has been received.

6.  Transaction Cancellations.

6.1. When cancelling a transaction, market loss repayments may apply given that a submitted transaction constitutes a binding agreement between Bitcoin Depot and the Customer. Once a wire is initiated as part of an OTC Service transaction, that OTC Service transaction cannot be cancelled.

6.2. Customer Purchase Transactions. In the event that a Customer Purchase Transaction is cancelled (whether by the Customer or by Bitcoin Depot for failure to receive payment in full within the time stipulated in the Offer Terms), market loss payments may be due from Customer to Bitcoin Depot. Under no circumstances will Bitcoin Depot be liable to pay Customer for changes in the underlying market price.

7. Account Balances.

7.1. Online Balances. Bitcoin Depot does not currently provide the ability to hold funds online. Should we choose to do so in the future, if you hold a Bitcoin balance online with Bitcoin Depot, Bitcoin Depot will hold your funds separate from its corporate funds, will not use your funds for its operating expenses or any other corporate purposes, and will not voluntarily make

your funds available to its creditors in the event of bankruptcy. Bitcoin Depot further reserves the right to use a third party for holding funds and you may be subject to the terms of use of such third party.

8. Closing Your Account.

8.1. How to Close Your Account. You may request to close your Account at any time by contacting Customer Service, which can be accessed online through the Bitcoin Depot customer portal (if available), or by emailing us at: support@bitcoindepot.com. Bitcoin Depot reserves the right to retain any and all data relating to or arising from Accounts.

8.2. Limitations on Closing Your Account. You may not close your Account to evade an investigation. If you attempt to close your Account while we are investigating, we may freeze your transaction(s) to protect Bitcoin Depot and/or any third party against the risk of reversals, Chargebacks, Claims, fees, fines, penalties and other liability. You will remain liable for all obligations related to your Account even after the Account is closed.

9. Fees. The following section outlines all fees that Bitcoin Depot may charge you in relation to Digital Currency exchange, payment, and sale transactions. Unless otherwise specified, all fees stated are in U.S. Dollars. A transaction placed in other currencies will be converted based on the U.S. Dollar exchange rate at the time the transaction is submitted.

9.1. Exchange Service Fee. A service fee shall be applied to all exchange transactions and such fee will be communicated to the Customer prior to confirmation of the transaction. The transaction value and service fees are calculated/quoted in "USD" for U.S. Dollar transactions and may be

calculated/quoted in USD equivalents for transactions in all other currencies, or in the currency of the transaction. The service fee will be a flat fee of three dollars [$3.00] and Bitcoin Depot shall charge a spread of up to twenty three percent [23%] of the total transaction amount calculated in USD. The spread refers to the difference between the cash inserted into the kiosk and the current market value of Bitcoin received, excluding the $3.00 flat fee.

9.2 General Payment Terms. Where you pay any fees using a credit card or debit card [collectively, "Payment Card"], you must promptly notify us if your Payment Card is cancelled or is no longer valid [e.g., due to loss or theft]. UNLESS OTHERWISE INDICATED, ALL FEE PAYMENTS ARE FINAL AND NON-REFUNDABLE. Subject to the conditions set forth herein, you agree to be bound by the Billing Provisions of Bitcoin Depot in effect at any given time. Upon reasonable prior notice to you [with Site-updates, Kiosk-updates and/or e-mail sufficing], Bitcoin Depot reserves the right to change its Billing Provisions whenever necessary, in its sole discretion. Continued use of the Bitcoin Depot Offerings after receipt of such notice shall constitute consent to all such changes; provided, however, that any amendment or modification to the Billing Provisions shall not apply to any charges incurred prior to the applicable amendment or modification.

9.3 Electronic Signatures: Bitcoin Depot's authorization to provide and bill for the applicable Bitcoin Depot Offerings is obtained by way of your electronic signature or, where applicable, via physical signature and/or voice affirmation. Once an electronic signature is submitted, this electronic order constitutes an electronic letter of agency. Bitcoin Depot's reliance upon your electronic signature was specifically sanctioned and written into law when

the Uniform Electronic Transactions Act and the Electronic Signatures in Global and National Transactions Act were enacted in 1999 and 2000, respectively [collectively, the "E-Sign Act"]. Both laws specifically preempt all state laws that recognize only paper and handwritten signatures. Pursuant to all applicable statutes, regulations, rules, ordinances or other laws including, without limitation, the E-Sign Act and other similar state and federal statutes, YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS AND OTHER RECORDS AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED THROUGH THE BITCOIN DEPOT OFFERINGS. Further, you hereby waive any rights and/or requirements under any statutes, regulations, rules, ordinances, or other law in any jurisdiction which requires an original signature or delivery or retention of non-electronic records, or to payments or the granting of credits by other than electronic means. You acknowledge and agree that you can print information delivered to you electronically, or otherwise know how to store that information in a way that ensures that it remains accessible to you in unchanged form.

10. Risk.

10.1. Bitcoin Depot has not offered or given and will not provide any investment or financial advice in connection with any Customer Purchase Transaction, Customer Sale Transaction or any other action taken in connection with any Digital Currency and has not offered or given any opinion with respect to the suitability of any transaction made, or Digital Currency action taken, or which might be made/taken by the Customer. Nothing we do, and no element of the Bitcoin Depot Offerings, should be

E-FILED 2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

construed as such. The Customer warrants that Bitcoin Depot has not offered or given any investment advice to Customer in connection with the Digital Currency, Bitcoin Depot Offerings and/or any other products and/or services offered by Bitcoin Depot. In addition, Bitcoin Depot has not given Customer any opinion with respect to the suitability of the Digital Currency, Bitcoin Depot Offerings and/or any other products and/or services available to Customer.

10.2. Market Risk. Customers should carefully consider the suitability of Digital Currency as an investment choice before making any decisions that may affect their financial situation. Digital Currency balances, where applicable, are not insured by the Federal Deposit Insurance Corporation, National Credit Union Share Insurance Fund, or other similar program and may lose all value. The purchase and sale of Digital Currency involves a high degree of risk and is not suitable for all persons. The purchase and sale of Digital Currency provides no guarantee of interest, yield, or return. Losses may be incurred both because of price devaluation and if price gains do not exceed applicable fees, including those charged by Bitcoin Depot. The Customer acknowledges that all risk of decline in the market value of any Digital Currency is the Customer's risk and not that of Bitcoin Depot. The Content made available by and through the Bitcoin Depot Offerings is not a substitute for professional financial advice. Reliance on any information made available to you by and through the Bitcoin Depot Offerings, including the Content, is solely at your own risk. Bitcoin Depot disclaims all liability for any loss or damage based on Content or other information directly or indirectly obtained through the Bitcoin Depot Offerings. You should always check with your financial advisors to be sure that any investments, advice,

Bitcoin Depot_0000730

products and/or services offered by and/or through the Bitcoin Depot Offerings are appropriate for you.

11. Rules of Behavior. At all times, you must abide by: [a] all applicable International, Federal, State and local laws; [b] all applicable money laundering laws and regulations; and [c] all applicable money licensing laws and regulations. In connection with your use of our Site, Kiosks, any other Bitcoin Depot Offerings, or in the course of your interactions with Bitcoin Depot, other Users, or third parties, you will not engage in any of the following Restricted Activities:

[a] Breach the Agreement, the Acceptable Use Policy, or any other agreement or policy that you have entered into with Bitcoin Depot.

[b] Violate any law, statute, ordinance, or regulation [for example, those governing financial services, consumer protections, unfair competition, anti-discrimination or false advertising].

[c] Infringe upon Bitcoin Depot's or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy.

[d] Use counterfeit currency

[e] Act in a manner that is defamatory, trade libelous, threatening or harassing.

[f] Provide false, inaccurate or misleading information.

[g] Send or receive what we reasonably believe to be potentially fraudulent funds.

[h] Refuse to cooperate in an investigation or provide confirmation of your identity or any Information you provide to us.

[i] Attempt to receive funds from both Bitcoin Depot and the seller, bank, or credit card issuer for the same transaction during a dispute regarding said transaction.

[j] Control an Account that is linked to another Account that has engaged in any of these Restricted Activities.

[k] Continuously Conduct your business or use the Bitcoin Depot Offerings in a manner that results in or may result in complaints, Disputes, Claims, reversals, Chargebacks, fees, fines, penalties and other liability to Bitcoin Depot, other Users, third parties or you.

[l] Participate in or otherwise facilitate any scams, fraudulent activity, or other such improper transactions

[m] Damage, modify, or otherwise alter any Bitcoin Depot property.

[n] Disclose or distribute another User's Information to a third party or use the Information for marketing purposes unless you first receive the User's express consent to do so.

[o] Send unsolicited email to a User or use the Bitcoin Depot Offerings to collect payments for sending, or assisting in sending, unsolicited email to third parties.

[p] Take any action that imposes an unreasonable or disproportionately large load on our infrastructure.

[q] Facilitate any viruses, Trojan horses, worms or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or Information.

[r] Use any robot, spider, other automatic device, or manual process to monitor or copy the Site without our prior written permission.

[s] Use any device, software or routine to bypass our robot exclusion headers, or interfere or attempt to interfere with any Bitcoin Depot Venues or other the Bitcoin Depot Offerings; and/or

[t] Violate any law, contract, intellectual property or other third-party right, or commit a tort. You are solely responsible for your conduct while using the Bitcoin Depot Offerings. You further agree that you will not:

> [i] Use the Bitcoin Depot Offerings in any manner that could interfere with, disrupt, negatively affect, or inhibit other Users from fully enjoying the Bitcoin Depot Offerings, or that could damage, disable, overburden or impair the functioning of the Bitcoin Depot Offerings in any manner, including any physical damage or defacement of a Kiosk;

> [ii] Use the Bitcoin Depot Offerings to pay for, support, or otherwise engage in any illegal activities including, but not limited to: [A] illegal gambling; [B] illegally acquired music, movies or other content; [C] sexually oriented materials or services; [D] fraud or money-laundering; [E] terrorist financing; [F] the purchase or sale of illegal or controlled substances, or [G] human trafficking

> [iii] Use the Bitcoin Depot Offerings to pay for ransomware.

Bitcoin Depot_0000733

[iv] Use the Bitcoin Depot Offerings to pay for back-page advertisements.

[v] Use any robot, spider, crawler, scraper, or other automated means or interface not provided by us to access the Bitcoin Depot Offerings or to extract data.

[vi] Use any hardware or software to bypass, disable, or interfere with the Bitcoin Depot Offerings or the Verification Process.

[vii] Use or attempt to use another User's Account, cryptocurrency wallet, or other cryptocurrency repository without authorization.

[viii] Attempt to circumvent any content filtering techniques we employ, or attempt to access any Bitcoin Depot Offerings or area of the Bitcoin Depot Offerings that you are not authorized to access.

[ix] Develop or deploy any third-party applications, software, or hardware that interact with the Bitcoin Depot Offerings without our prior written consent in each instance.

[x] Encourage or induce any third party to engage in any of the activities prohibited under the Agreement; and/or

[xi] Take any action that may cause us to lose any of the services from our Internet Service Providers, payment processors or other vendors/suppliers.

12. Interactive Services.

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

101

[a] User Content. In connection with the Interactive Services, Users may be able to upload and/or post certain comments, messages, material, communications, feedback and/or other information [collectively, the "User Content"]. By making the User Content available by and through the Interactive Services or otherwise through the Bitcoin Depot Offerings, each User provides to Bitcoin Depot a perpetual, irrevocable, worldwide license to make same available by and through the Bitcoin Depot Offerings. Without limiting the foregoing, Users acknowledge and agree that Bitcoin Depot shall be free to utilize certain features and aspects of the User Content in connection with marketing and promoting the Bitcoin Depot Offerings to third parties. Each User represents and warrants that she/he/it owns and/or has any and all rights to publish, display, perform and permit the use of, and grant the license associated with, the User Content as contemplated by the Agreement. Without limiting the foregoing, Bitcoin Depot may reject and/or remove any User Content at any time and for any reason, in Bitcoin Depot's sole discretion. Notwithstanding the foregoing, Bitcoin Depot undertakes no responsibility to monitor or otherwise police the User Content made available by and through the Bitcoin Depot Offerings. Each User and third-party agrees that Bitcoin Depot shall: [i] have no obligations and incur no liabilities to such party in connection with any such User Content; and [ii] not be liable to any party for any claim in connection with the User Content.

[b] User Content Restrictions. In connection with the User Content, each User agrees not to: [i] display any telephone numbers, street addresses, last names, URLs, e-mail addresses or any confidential or private information of any third-party; [ii] display any audio files, text, photographs, videos or other images that may be deemed indecent or obscene in the applicable User's community, as defined under applicable law; [iii] impersonate any

Bitcoin Depot_0000735

E-FILED 2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

person or entity; [iv] "stalk" or otherwise harass any person; [v] engage in advertising to, or commercial solicitation of, Users or other third parties; [vi] transmit any chain letters, spam or junk e-mail to any Users or other third parties; [vii] express or imply that any statements she/he makes are endorsed by Bitcoin Depot ; [viii] harvest or collect personal information of Users or other third parties whether or not for commercial purposes, without their express consent; [ix] use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine," or in any way reproduce or circumvent the navigational structure or presentation of the Bitcoin Depot Offerings or related content; [x] post, distribute or reproduce in any way any copyrighted material, trademarks or other proprietary information without obtaining the prior consent of the owner of such proprietary rights; [xi] remove any copyright, trademark or other proprietary rights notices contained within the Bitcoin Depot Offerings; [xii] post, offer for download, e-mail or otherwise transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment; [xiii] post, offer for download, transmit, promote or otherwise make available any software, product or service that is illegal or that violates the rights of a third-party including, but not limited to, spyware, adware, programs designed to send unsolicited advertisements [i.e. "spamware"], services that send unsolicited advertisements, programs designed to initiate "denial of service" attacks, mail bomb programs and programs designed to gain unauthorized access to networks on the Internet; [xiv] "frame" or "mirror" any part of the Site; [xv] use metatags or code or other devices containing any reference to the Bitcoin Depot Offerings in

Bitcoin Depot_0000736

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 148 of 171 PageID #:
E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT
325

103

order to direct any person to any other website for any purpose; and/or [xvi] modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Bitcoin Depot Offerings or any software used on or in connection with same. Engaging in any of the aforementioned prohibited practices shall be deemed a breach of the Agreement and may result in the immediate termination of such User's Account and/or access to some or all of the Bitcoin Depot Offerings without notice, in the sole discretion of Bitcoin Depot. Bitcoin Depot reserves the right to pursue any and all legal remedies against Users that engage in the aforementioned prohibited conduct.

13. Social Media Pages. The Site contains links to the various Bitcoin Depot Social Media Pages. The Social Media Pages are hosted and made available on third-party Social Media Websites by third-party entities. Your use of Social Media Pages and Social Media Websites shall be governed by those Social Media Websites' applicable agreements, terms and conditions. You understand and agree that Bitcoin Depot shall not be liable to you, any other User or any third-party for any claim in connection with your use of, or inability to use, the Social Media Pages and/or Social Media Websites.

14. Content. The Bitcoin Depot Venues contain Content which includes, but is not limited to, User Content, text, audio, video, photographs, graphics, artwork, testimonials and other information about Bitcoin Depot and/or the Bitcoin Depot Offerings. The Content is compiled, distributed and displayed by Bitcoin Depot, as well as third-party content providers, such as third-party sources and other Users [collectively, "Third-Party Providers"]. Bitcoin Depot does not control the Content provided by Third-Party Providers that is made available by and through the Bitcoin Depot Offerings. Such Third-Party

Bitcoin Depot_0000737

Providers are solely responsible for the accuracy, completeness, appropriateness and/or usefulness of such Content. The Content should not necessarily be relied upon. Reliance on any Content or other information made available to you by and through the Bitcoin Depot Offerings is solely at your own risk. Bitcoin Depot does not represent or warrant that the Content and other information posted by and through the Bitcoin Depot Offerings is accurate, complete, up-to-date or appropriate. You understand and agree that Bitcoin Depot will not be responsible for, and Bitcoin Depot undertakes no responsibility to monitor or otherwise police, Content provided by Third-Party Providers. You agree that Bitcoin Depot shall have no obligation and incur no liability to you in connection with any Content. You may find certain Content to be outdated, harmful, inaccurate and/or deceptive. Please use caution, common sense and safety when using the Content. The Content is offered for informational purposes only and is at all times subject to the disclaimers contained herein and on the Bitcoin Depot Venues.

15. Our Liability - Actions We May Take and Our Limitation of Liability.

15.1. Compliance and Due Diligence. The Customer is responsible for complying with all laws of the jurisdiction from which the Customer accesses the Site, Kiosks or other Bitcoin Depot Offerings and the Customer shall at all times be solely responsible for obtaining any authorizations required by any authoritative body in such jurisdiction. The Customer has carried out reasonable due diligence to ensure that the purchase and sale of Digital Currency as provided under the Agreement is not contrary to any laws or regulations applicable to the Customer's governing jurisdiction, and that the acceptance of the Agreement by the Customer and the entering into a Customer Purchase Transaction or Customer Sale Transaction is not

Bitcoin Depot_0000738

contrary to any federal, provincial, state or any other law or regulation applicable to the Customer.

15.2. Protection of Electronic Identification Information. It is the Customer's obligation to ensure that its Account username and password ["Electronic Identification Information"] is kept secret and secure. The Customer agrees to keep her/his/its Electronic Identification Information and all components thereof secret and safe to prevent unauthorized use.

15.3. Notification. If a Customer believes that any transaction or balance recorded in her/his/its Account is incorrect, the Customer must contact Bitcoin Depot immediately to notify Bitcoin Depot of suspected unauthorized use of Customer's Electronic Identification Information. Customers are responsible for ensuring the accuracy of the information displayed in their respective Accounts, howsoever accessed. Bitcoin Depot will not be liable should a Customer fail to disclose any unauthorized use of Electronic Identification Information and/or Customer's Bitcoin Depot Account.

15.4. Your Liability. You are responsible for all reversals, Chargebacks, Claims, fees, fines, penalties and other liability incurred by Bitcoin Depot, a User, or a third party caused by or arising out of your breach of the Agreement, and/or your use of the Bitcoin Depot Offerings. You agree to reimburse Bitcoin Depot, its Users and/or third parties for any and all such liability.

15.5. Temporary Holds for Disputed Transactions. If another User files a dispute on a transaction that you were party to, Bitcoin Depot may place a temporary hold on the funds in your Account to cover the amount of the potential liability. If you win the dispute, Bitcoin Depot will lift the

temporary hold. If you lose the dispute, Bitcoin Depot will remove the funds from your balance.

15.6. Reimbursement for Your Liability. In the event that you are liable for any amounts to Bitcoin Depot or owe any sums to Bitcoin Depot, and Bitcoin Depot offers the holding of a balance, Bitcoin Depot may immediately remove such amounts from your balance. If you do not have a balance that is sufficient to cover your liability, your Account will have a negative balance and you will be required to immediately add funds to your balance to eliminate the negative balance. If you do not do so, Bitcoin Depot may engage in collection efforts to recover such amounts from you and you will be liable for all such costs of collection, including attorneys' fees.

15.7. Actions by Bitcoin Depot. If we have reason to believe that you have engaged in any Restricted Activities, we may take various actions to protect Bitcoin Depot, other Users, third parties, or you from reversals, Chargebacks, Claims, fees, fines, penalties and any other liability. The actions we may take include, but are not limited to, the following:

15.7.1. We may close, suspend, or limit your access to your Account or the Bitcoin Depot Offerings (such as limiting access to any of your Payment Methods, and/or your ability to send money, make withdrawals or remove financial Information).

15.7.2. We may contact Users who have purchased goods or services from you, contact your bank or Payment Card issuer and/or warn other Users, law enforcement or impacted third parties of your actions.

15.7.3. We may update inaccurate Information that you provided to us.

15.7.4. We may refuse to provide the Bitcoin Depot Offerings to you in the future.

15.7.5. We may retain your balance for up to one hundred and eighty [180] Days [or such longer period if permitted by applicable law] if reasonably needed to protect against the risk of liability; and

15.7.6. We may take legal action against you.

15.8. Account Closure, Termination of Service, or Limited Account Access. Bitcoin Depot, in its sole discretion, reserves the right to terminate the Agreement, access to the Bitcoin Depot Venues and/or access to the other Bitcoin Depot Offerings for any reason and at any time upon notice to you. If we close your Account or terminate your use of the Bitcoin Depot Offerings for any reason, we may provide you with a general notice of our actions, however we don't have to provide the specific reason. If we limit access to your Account, we may provide you with notice of our actions and the opportunity to request restoration of access if appropriate.

15.9. Acceptable Use Policy Violation. If you violate the Acceptable Use Policy, then we may hold your funds up to one hundred and eighty [180] Days [or such longer period if permitted by applicable law] pending investigation of the violation.

15.10. Our Limitation of Liability. IN NO EVENT SHALL BITCOIN DEPOT, OUR DIRECTORS, AFFILIATES, OFFICERS, MEMBERS, EMPLOYEES, OR AGENTS ["BITCOIN DEPOT PARTIES"] BE LIABLE FOR ANY SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES, OR ANY OTHER DAMAGES OF ANY KIND INCLUDING, BUT NOT LIMITED TO, LOSS OF USE, LOSS OF PROFITS, OR LOSS

Bitcoin Depot_0000741

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 153 of 171 PageID #:
E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT
348

108

OF DATA, WHETHER IN AN ACTION IN CONTRACT, TORT [INCLUDING, BUT
NOT LIMITED TO, NEGLIGENCE], OR OTHERWISE, ARISING OUT OF, OR IN ANY
WAY CONNECTED WITH, THE USE OF, OR INABILITY TO USE, THE BITCOIN
DEPOT OFFERINGS OR ANY ORDER OR OTHER TRANSACTION UNDERTAKEN
IN CONNECTION WITH SAME INCLUDING, WITHOUT LIMITATION, ANY
DAMAGES CAUSED BY OR RESULTING FROM: [A] RELIANCE BY ANY USER ON
ANY INFORMATION AND/OR CONTENT OBTAINED FROM THE BITCOIN DEPOT
OFFERINGS; [B] MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES,
SMS TEXT MESSAGES OR EMAIL, ERRORS, DEFECTS, VIRUSES, DELAYS IN
OPERATION OR TRANSMISSION; [C] THE COST OF PROCUREMENT OF
SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA,
INFORMATION, CONTENT AND/OR ANY OTHER PRODUCTS OR SERVICES
PURCHASED OR OBTAINED FROM OR THROUGH THE BITCOIN DEPOT
OFFERINGS; [C] ANY DISPUTE BETWEEN ANY USERS AND/OR OTHER THIRD
PARTIES; [D] THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, ANY
CONTACT DATA; [E] THE FAILURE TO REALIZE ANY SPECIFIC FINANCIAL
GOAL, FINANCIAL BENEFIT, INVESTMENT OUTCOME AND/OR OTHER
FINANCIAL OUTCOME; AND/OR [F] ANY FAILURE OF PERFORMANCE,
WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS
FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO BITCOIN
DEPOT'S™ RECORDS, PROGRAMS AND/ OR BITCOIN DEPOT OFFERINGS. IN NO
EVENT SHALL THE AGGREGATE LIABILITY OF ANY BITCOIN DEPOT PARTY,
WHETHER IN CONTRACT, WARRANTY, TORT [INCLUDING NEGLIGENCE,
WHETHER ACTIVE, PASSIVE OR IMPUTED], PRODUCT LIABILITY, STRICT
LIABILITY OR OTHER THEORY, ARISING OUT OF OR RELATING TO THE USE OF
OR INABILITY TO USE THE BITCOIN DEPOT OFFERINGS OR ANY ORDER OR
OTHER TRANSACTION UNDERTAKEN IN CONNECTION WITH SAME, OR TO THE

AGREEMENT, EXCEED THE FEES PAID BY YOU TO BITCOIN DEPOT [IF ANY]
DURING THE SIX [6] MONTHS IMMEDIATELY PRECEDING THE DATE OF ANY
CLAIM GIVING RISE TO SUCH LIABILITY. THE BITCOIN DEPOT PARTIES SHALL
HAVE NO LIABILITY TO YOU ARISING OUT OF OR RELATING TO ANY DATA
BREACH AFFECTING THE BITCOIN DEPOT OFFERINGS IF BITCOIN DEPOT HAD
IN PLACE COMMERCIALLY REASONABLE AND STANDARD SECURITY
PROCEDURES AT THE TIME OF SUCH BREACH. Some jurisdictions do not
allow the exclusion of certain warranties or the limitation or exclusion of
liability for incidental or consequential damages. Accordingly, some of the
limitations contained in this Section 15.10 may not apply to you.

15.11. Indemnity. You agree to defend, indemnify, and hold harmless each
Bitcoin Depot Party from any claim, demand, action, damage, loss, cost or
expense including, without limitation, attorneys' fees, arising out or relating
to: [a] your unauthorized use of, or improper conduct in connection with, the
Bitcoin Depot Offerings; [b] your violation of the Agreement; or [c] your
violation of any rights of any other person or entity. If you are obligated to
indemnify us, we will have the right, in our sole discretion, to control any
action or proceeding and determine whether we wish to settle it, and if so,
on what terms. The provisions of this Section 15.11 are for the benefit of the
Bitcoin Depot Parties and each of these individuals and entities shall have
the right to assert and enforce these provisions directly against you on its
own behalf.

16. Copyright Policy/DMCA Compliance. Bitcoin Depot reserves the right to
terminate the Account of any User who infringes upon third-party
copyrights. If any User or other third-party believes that a copyrighted work
has been copied and/or posted via the Bitcoin Depot Offerings in a way that

constitutes copyright infringement, that party should provide Bitcoin Depot with the following information: [a] an electronic or physical signature of the person authorized to act on behalf of the owner of the copyrighted work; [b] an identification and location of the copyrighted work that such party claims has been infringed upon; [c] a written statement by such party that it has a good faith belief that the disputed use is not authorized by the owner, its agent or the law; [d] such party's name and contact information, such as telephone number or e-mail address; and [e] a statement by such party that the above information in such party's notice is accurate and, under penalty of perjury, that such party is the copyright owner or authorized to act on the copyright owner's behalf. Contact information for Bitcoin Depot's Copyright Agent for notice of claims of copyright infringement is as follows:

ATTN: DMCA Copyright Agent

Legal@bitcoindepot.com

2870 Peachtree Rd #327

Atlanta, Georgia, 30305

17. Disputes with Bitcoin Depot.

17.1. Dispute Resolution Provisions. The Agreement shall be treated as though it were executed and performed in Atlanta, Georgia and shall be governed by and construed in accordance with the laws of the State of Georgia [without regard to conflict of law principles]. The parties hereby agree to arbitrate all claims that may arise under the Agreement. Without limiting the foregoing, should a dispute arise between the parties [including the Covered Parties] including, without limitation, any matter concerning the

E-FILED 2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

Bitcoin Depot Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association ("AAA") in Atlanta, GA, in accordance with the then current Commercial Arbitration rules of the AAA; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice which can be requested from legal@bitcoindepot.com. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute and you wish to proceed, you must submit your dispute for resolution by arbitration before the AAA, in your county of residence, by filing a separate Demand for Arbitration, which is available here. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

Bitcoin Depot_0000745

E-FILED 2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against the Covered Parties and/or their respective employees, officers, directors, members, representatives and/or assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that any Covered Party incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: [i] does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and [ii] is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty [30] days of the date that you first access a Bitcoin Depot Venue by sending an email to Support@bitcoindepot.com.

17.2. No Waiver. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches.

17.3. Assumption of Rights. If Bitcoin Depot pays out a Claim, reversal or Chargeback that you file against a recipient of your payment, you agree that Bitcoin Depot assumes your rights against the recipient and third parties related to such payment, and we may pursue those rights directly or on your behalf, in Bitcoin Depot's discretion.

17.4. Release of Bitcoin Depot. If you have a dispute with one or more Users, you release and hold the Covered Parties harmless from any and all Claims, demands and damages [actual and consequential] of every kind and nature arising out of or in any way connected with such disputes.

17.5. Limitation on Actions. To the extent allowed by law, you agree and understand that any legal action against any Covered Parties must be instituted within one [1] year of the date any claim or cause of action arises and that any action filed after one [1] year from such date shall be time barred as a matter of law.

18. General Provisions.

18.1. Capital Gains/Income Taxes. Bitcoin Depot may not report any Customer transactions to the Internal Revenue Service; provided, however, that the purchase or sale of digital currency may be considered reportable as taxable income. It is the Customer's responsibility to contact a financial advisor for financial and tax related guidance. Bitcoin Depot will not issue tax documents and will not be held liable for any capital gains or tax implications due to the purchase or sale of Digital Currency by the Customer. Your taxes are solely your responsibility.

18.2. Electronic Order Entry Risk Disclosure and Disclaimer.

18.2.1. Bitcoin Depot specifically disclaims any liability or responsibility for Orders placed via any Bitcoin Depot Order entry system, for any losses or direct, indirect, consequential or incidental damages, which the Customer may recognize or incur as a result of the use of any Order entry system. Further, Bitcoin Depot specifically disclaims any and all liability for the interruption, cancellation or other termination of any Bitcoin Depot Order entry system or any other Bitcoin Depot Offerings.

18.2.2. Negligence. All Orders placed through any Bitcoin Depot Order entry system are taken on a best-efforts basis. Bitcoin Depot shall not be

responsible for errors, negligence or inability to execute Orders, nor shall Bitcoin Depot be responsible for any delays in the transmission, delivery or execution of Customer's Order[s] due to breakdown or failure of transmission or communication facilities, or for any other cause or causes beyond Bitcoin Depot's reasonable control or anticipation.

18.3. Possible System Failure. Order entry systems have been designed to provide an efficient and dependable method for entering Orders. Commercial Internet and wireless service providers are not one hundred percent [100%] reliable and a failure by one [1] or more of these providers may affect Order entry. The Customer acknowledges that the Order entry systems are mechanical systems and as such may be subject to failure beyond the control of Bitcoin Depot.

18.4. Force Majeure. Bitcoin Depot shall not be liable for any failure to perform its obligations hereunder due to the effects of Covid 19 or any similar virus, disease or pandemic [and any governmental and private sector responses thereto], fire, computer viruses, network failure, computer hardware failure, explosion, flood, lightning, act of terrorism, war, rebellion, riot, sabotage, orders or requests of any government or any other authority, legislative changes, strikes, lockouts or other labor disputes, or events or circumstances beyond its reasonable control.

18.5. Not Legal, Accounting, Nor Tax Advice. Information and Content made available by and through the Bitcoin Depot Offerings is not intended to provide legal, accounting or tax advice, and should not be relied upon in that regard.

18.6. No Warranty. THE BITCOIN DEPOT OFFERINGS AND ANY OTHER
PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME ARE
PROVIDED TO USERS ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL
WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST
EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW [INCLUDING, BUT NOT
LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY,
NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A
PARTICULAR PURPOSE]. IN PARTICULAR, BUT NOT AS A LIMITATION
THEREOF, BITCOIN DEPOT MAKES NO WARRANTY THAT THE BITCOIN DEPOT
OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY
AND/OR THROUGH SAME: [A] WILL MEET ANY USER'S REQUIREMENTS; [B]
WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT
DEFECTS WILL BE CORRECTED; [C] WILL BE FREE OF HARMFUL
COMPONENTS; [D] WILL ENABLE ANY USER TO REALIZE ANY SPECIFIC
FINANCIAL GOAL, FINANCIAL BENEFIT, INVESTMENT OUTCOME AND/OR
OTHER FINANCIAL OUTCOME; AND/OR [E] WILL BE ACCURATE OR RELIABLE.
THE BITCOIN DEPOT OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR
SERVICES OFFERED BY AND/OR THROUGH SAME MAY CONTAIN BUGS,
ERRORS, PROBLEMS OR OTHER LIMITATIONS. BITCOIN DEPOT WILL NOT BE
LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION
ASSOCIATED WITH THE BITCOIN DEPOT OFFERINGS. NO ADVICE OR
INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY ANY USER FROM
BITCOIN DEPOT OR OTHERWISE THROUGH OR VIA THE BITCOIN DEPOT
OFFERINGS SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN
THE AGREEMENT. Bitcoin Depot has little control over the products or
services that are paid for by and through the Bitcoin Depot Offerings and
Bitcoin Depot cannot ensure that a buyer or a seller you are dealing with in

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

connection with same will actually complete the transaction or is authorized to do so. Bitcoin Depot will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, check issuances and Digital Currency are processed in a timely manner, but Bitcoin Depot makes no representations or warranties regarding the amount of time needed to complete processing because the Bitcoin™ Offerings are dependent upon many factors outside of our control, such as delays in the banking system, blockchain congestion, or the U.S. or international mail service. Some states do not allow the disclaimer of implied warranties, so the foregoing disclaimers may not apply to you. This Section 18.6 gives you specific legal rights and you may also have other legal rights that vary from state to state.

18.7. License Grant; Proprietary Rights. Each User is granted a non-exclusive, non-transferable, revocable and limited license to access and use the Bitcoin Depot Offerings. Bitcoin Depot may terminate this license at any time for any reason. Unless otherwise expressly authorized by Bitcoin Depot, Users may only use the Bitcoin Depot Offerings for their own personal, non-commercial use. No part of the Bitcoin Depot Offerings may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. No User or other third party may use any automated means or form of scraping or data extraction to access, query or otherwise collect material from the Bitcoin Depot Offerings except as expressly permitted by Bitcoin Depot. No User or other third party may use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Bitcoin Depot Offerings, or any portion thereof. No User or other third party may create any "derivative works" by altering any aspect of the Bitcoin Depot Offerings. No User or other third party may use the Bitcoin

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

Depot Offerings in conjunction with any other third-party content. No User or other third party may exploit any aspect of the Bitcoin Depot Offerings for any commercial purposes not expressly permitted by Bitcoin Depot. Each User further agrees to indemnify and hold Bitcoin Depot harmless for that User's failure to comply with this Section 18.7. Bitcoin Depot reserves any rights not explicitly granted in the Agreement. The Bitcoin Depot Offerings, as well as the organization, graphics, design, compilation, magnetic translation, digital conversion, software, services and other matters related to same, are protected under applicable copyrights, trademarks and other proprietary (including, but not limited to, intellectual property) rights. The copying, redistribution or publication by any User or other third party of any part of the Bitcoin Depot Offerings is strictly prohibited. No User or other third party acquires ownership rights in or to any content, document, software, services or other materials viewed by or through the Bitcoin Depot Offerings. The posting of information or material by and through the Bitcoin Depot Offerings does not constitute a waiver of any right in or to such information and/or materials.

18.8. Severability. If any provision of the Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced.

18.9. Translated Agreement. Bitcoin Depot may provide you with the ability to translate the Agreement to a language other than English. Any translation of the Agreement is provided solely for your convenience and is not intended to modify the terms of the Agreement. In the event of a conflict between the English version of the Agreement and a version in a language other than English, the English version shall apply.

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 163 of 171 PageID #:
E-FILED 2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT    338

118

18.10 Third Party Websites. The Bitcoin Depot Offerings contain links to
other websites on the Internet that are owned and operated by third parties
including, without limitation, the Social Media Websites and/or Third-Party
Links. Bitcoin Depot does not control the information, products or services
made available on, by or through these third-party websites. The inclusion of
any link does not imply endorsement by Bitcoin Depot of the applicable
website or any association with the website's operators. Because Bitcoin
Depot has no control over such websites and/or resources, each User agrees
that Bitcoin Depot is not responsible or liable for the availability or the
operation of such external websites, for any material located on or available
from or through any such websites or for the protection of any User's data
privacy by third parties. Each User further agrees that Bitcoin Depot shall
not be responsible or liable, directly or indirectly, for any loss or damage
caused by the use of or reliance on any such material available on, by or
through any such site.

18.11 California User Consumer Rights. In accordance with Cal. Civ. Code Sec.
1789.3, California State resident Users may file grievances and complaints
with the California Department of Consumer Affairs, 400 R Street, Ste.
1080, Sacramento, CA 95814; or by phone at 916-445-1254 or 800-952-
5210; or by email to dca@dca.ca.gov.

18.12 For Alaska Residents Only. If your issue is unresolved by Bitcoin Depot
Operating, LLC; Phone [678] 435-9604, please submit formal complaints
with the State of Alaska, Division of Banking & Securities. Please download
the form here:
https://www.commerce.alaska.gov/web/portals/3/pub/DBSGeneralComplain
tFormupdated.pdf. Submit formal complaint form with supporting

documents:

Division of Banking & Securities

PO Box 110807 Juneau, AK 99811-0807.

If you are an Alaska resident with questions regarding formal complaints, please email us at dbs.licensing@alaska.gov or call Nine Zero Seven Four Six Five Two Five Two One.

18.13 For Connecticut Residents Only. In Accordance with the Connecticut Act Concerning Virtual Currency [HB 6752], Connecticut Residents using Bitcoin Depot Kiosks shall be limited to a daily transaction amount of $2,500 USD. Furthermore, in accordance with the Connecticut Act Concerning Virtual Currency, Connecticut Residents hereby represent by agreeing to our Terms and Conditions that Cryptocurrencies purchased at a Bitcoin Depot Kiosk shall be transferred to a wallet in U.S. territory. Transaction requests to send Cryptocurrencies to a wallet outside of U.S. territory shall be subject to a seventy-two [72] hour hold period.

19. Definitions.

• 'Account' means a Personal Account or Business Account.

• 'ACH' means the Automated Clearing House network.

• 'Business Account' means an Account used primarily for business purposes and not for personal, family, or household purposes.

• 'Business Days' means Monday through Friday, excluding Holidays.

• 'Chargeback' means a request that a buyer files directly with her/his/its credit card company or credit card issuing bank to invalidate a payment.

Bitcoin Depot_0000753

Case 1:25-cv-00721-GBW    Document 18-2    Filed 08/15/25    Page 165 of 171 PageID #:
E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT    300

120

• 'Claim' means a challenge to a payment that a User files directly with Bitcoin Depot. • 'Customer Purchase Transaction' shall mean any sale operation whereby Bitcoin Depot sells Digital Currency to its Customer.

• 'Customer Sale Transaction' shall mean any sale operation whereby Bitcoin Depot purchases Digital Currency from its Customer.

• 'Customer Service' is Bitcoin Depot's customer support operations which can be accessed online through the Bitcoin Depot customer portal at any time, or by emailing support@BitcoinDepot.com or calling 678-435-9604.

• 'Days' means calendar days.

• 'Dispute' means a dispute filed by a User directly with Bitcoin Depot in the online customer portal

• 'Holidays' means New Year's Day [January 1], Birthday of Martin Luther King, Jr. [the third Monday in January], Washington's Birthday [the third Monday in February], Memorial Day [the last Monday in May], Independence Day [July 4], Labor Day [the first Monday in September], Columbus Day [the second Monday in October], Veterans Day [November 11], Thanksgiving Day [the fourth Thursday in November] and Christmas Day [December 25]. If a Holiday falls on a Saturday, Bitcoin Depot shall observe the Holiday on the prior Friday. If the Holiday falls on a Sunday, Bitcoin Depot shall observe the Holiday on the following Monday.

• 'Information' means any confidential and/or personally identifiable information or other information related to an Account or User including, but not limited to, the following: name, email address, billing/shipping address, phone number and financial information.

Bitcoin Depot_0000754

E-FILED  2025 FEB 26 12:38 PM POLK - CLERK OF DISTRICT COURT

121

• 'Payment Method' means the payment method used to fund a transaction.

• 'Personal Account' means an Account used for non-business purposes and used primarily for personal, family, or household purposes.

• 'Policy' or 'Policies' means any Policy or other agreement between you and Bitcoin Depot associated with your use of the Bitcoin Depot Offerings.

• 'Restricted Activities' means those activities described in Section 11 of the Agreement.

Bitcoin Depot_0000755

Downloaded from [link] by guest on [date]

Page 170 of 171 · [link text unreadable]