# EXHIBITS B-C
## REDACTED IN THEIR ENTIRETY