# EXHIBIT H
## REDACTED IN ENTIRETY