# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BITCOIN DEPOT OPERATING LLC,<br><br>    Plaintiff – Counterclaim Defendant,<br><br>v.<br><br>FAREWAY STORES, INC. d/b/a<br>FAREWAY MEAT AND GROCERY,<br><br>    Defendant – Counterclaim Plaintiff. | Case No. 1:25-cv-00721-GBW<br><br>**DEFENDANT'S VERIFICATION PURSUANT TO IOWA CODE § 706A.3(9) FOR COUNTERCLAIM COUNT VI** |

    I verify that I have carefully read the Amended and Supplemented counterclaim filed by the Defendant, Fareway Stores, Inc. d/b/a Fareway Meat and Grocery, under Iowa Code chapter 706A et seq. (Defendant's Counterclaim Count VI), and, based on reasonable inquiry, believe that it is well grounded in fact; it is warranted by existing law, or a good faith argument for the extension, modification, or reversal of existing law; and that it is not made for an improper purpose.

_____
Elisabeth A. Tursi on behalf of
Fareway Stores, Inc. d/b/a Fareway Meat and Grocery

_____
David N. Fautsch on behalf of
Fareway Stores, Inc. d/b/a Fareway Meat and Grocery