IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BITCOIN DEPOT OPERATING LLC,<br><br>    Plaintiff – Counterclaim Defendant,<br><br>v.<br><br>FAREWAY STORES, INC. d/b/a<br>FAREWAY MEAT AND GROCERY,<br><br>    Defendant – Counterclaim Plaintiff. | Case No. 1:25-cv-00721-GBW |

## CERTIFICATE OF SERVICE

I, R. Eric Hacker, Esquire, hereby certify on this 27th day of August 2025, that a copy of the foregoing documents was served upon counsel of record by email:

C. Scott Reese
Kevin D. Levitsky
COOCH AND TAYLOR, P.A.
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
sreese@coochtaylor.com
klevitsky@coochtaylor.com

David S. Wilck
Gregory D. Miller
Gene Y. Kang
RIVKIN RADLER LLP
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
David.Wilck@rivkin.com
Gregory.Miller@rivkin.com
Gene.Kang@rivkin.com

                                                      */s/ R. Eric Hacker*
                                                    R. Eric Hacker (#6122)