# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BITCOIN DEPOT OPERATING LLC, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>FAREWAY STORES, INC. D/B/A )<br>FAREWAY MEAT AND GROCERY, )<br>)<br>*Defendant.* ) | Case No: 1-25-cv-00721-GBW |

## STIPULATION AND CONSENT ORDER STAYING ACTION

WHEREAS, on June 9, 2025, Plaintiff Bitcoin Depot Operating LLC ("Plaintiff") filed the Complaint against Defendant Fareway Stores, Inc. d/b/a Fareway Meat and Grocery ("Defendant");

WHEREAS, on August 15, 2025, Defendant filed an Answer, Defenses, Counterclaim, and Jury Demand, and on August 27, 2025, Defendant file an Amended and Supplemented Answer, Defenses, Counterclaim, and Jury Demand;

WHEREAS, on September 17, 2025, Plaintiff filed a Motion to Dismiss Defendant's Amended Counterclaim pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, on September 23, 2025, Defendant filed a stipulation extending its deadline to file an opposition to Plaintiff's Motion to Dismiss to October 13, 2025, which was So Ordered by the Court on September 24, 2025; and

WHEREAS, the parties have engaged in settlement discussions in an effort to resolve the parties' disputes in this action, and the parties need additional time to continue such discussions;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, subject to the approval of the Court, as follows: in order to provide the parties additional time to

complete settlement discussions, all deadlines in this action, including those in connection with Plaintiff's Motion to Dismiss, are hereby temporarily stayed for thirty (30) days from the date of entry of this Stipulation and Consent Order. The extended deadline for Defendant's Answering Brief in Opposition to Plaintiff's Motion to Dismiss shall be November 12, 2025.

[Signature Page Follows]

| | |
|---|---|
| **MORRIS JAMES LLP** | **COOCH AND TAYLOR, P.A.** |
| /s/ K. Tyler O'Connell | /s/ C. Scott Reese |
| K. Tyler O'Connell (#4514) | C. Scott Reese (#2036) |
| R. Eric Hacker (#6122) | Kevin D. Levitsky (#7228) |
| Sarah Ennis (#5745) | The Brandywine Building |
| Alena V. Smith (#6699) | 1000 N. West St., Suite 1500 |
| 500 Delaware Avenue, Suite 1500 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801-1494 | (302) 984-3811 |
| 302.888.6800 | sreese@coochtaylor.com |
| toconnell@morrisjames.com | klevitsky@coochtaylor.com Kevin R. |
| ehacker@morrisjames.com | |
| sennis@morrisjames.com | *Of Counsel:* |
| asmith@morrisjames.com | |
| | **RIVKIN RADLER LLP** |
| | David S. Wilck (admitted *pro hac vice*) |
| | Gregory D. Miller (admitted *pro hac vice*) |
| | Gene Y. Kang (admitted *pro hac vice*) |
| | 25 Main Street, Suite 501 |
| | Court Plaza North |
| | Hackensack, New Jersey 07601 |
| | P: (201) 287-2489 |
| | F: (201) 489-0495 |
| *Attorneys for Defendant Fareway Stores, Inc. d/b/a Fareway Meat and Grocery* | *Attorneys for Plaintiff, Bitcoin Depot Operating LLC* |

Dated: October 10, 2025

**SO ORDERED**, this _____ day of October, 2025.

_____
HON. GREGORY B. WILLIAMS, U.S.D.J.