IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BITCOIN DEPOT OPERATING LLC, | )<br>)<br>) |
| *Plaintiff/Counterclaim-Defendant,* | )<br>) Case No: 1-25-cv-00721-GBW<br>) |
| v. | )<br>)<br>) |
| FAREWAY STORES, INC. D/B/A<br>FAREWAY MEAT AND GROCERY, | )<br>)<br>) |
| *Defendant/Counterclaim-Plaintiff.* | )<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATION AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice, and without costs or attorneys' fees to any party, as to Plaintiff or Defendant. This court retains jurisdiction to enforce the Settlement Agreement and Mutual Release of this action.

| | |
|---|---|
| **COOCH AND TAYLOR, P.A.** | **MORRIS JAMES LLP** |
| */s/ C. Scott Reese* | */s/ K. Tyler O'Connell* |
| C. Scott Reese (#2036) | K. Tyler O'Connell (#4514) |
| Kevin D. Levitsky (#7228) | R. Eric Hacker (#6122) |
| The Brandywine Building | Sarah M. Ennis (#5745) |
| 1000 N. West St., Suite 1500 | Alena V. Smith (#6699) |
| Wilmington, Delaware 19801 | 3205 Avenue North Blvd., Suite 100 |
| Telephone: 302-984-3811 | P.O. Box 2306 |
| | Wilmington, DE 19899 |
| **OF COUNSEL** | 302.888.6800 |
| | toconnell@morrisjames.com |
| **RIVKIN RADLER LLP** | ehacker@morrisjames.com |
| David S. Wilck (*pro hac vice*) | sennis@morrisjames.com |
| Gregory D. Miller (*pro hac vice*) | asmith@morrisjames.com |
| Gene Y. Kang (*pro hac vice*) | |

25 Main Street, Suite 501  
Court Plaza North  
Hackensack, New Jersey 07601  
Telephone: 201-287-2460

*Attorneys for Bitcoin Depot Operating LLC*

**OF COUNSEL**

**FAUTSCH TURSI LLP**  
David N. Fautsch  
Elisabeth A. Tursi  
305 42nd Street  
Des Moines, IA 50312  
515-317-7483  
david@fautschtursi.com  
elisabeth@fautschtursi.com

*Attorneys for Defendant – Counterclaim Plaintiff Fareway Stores, Inc. d/b/a Fareway Meat and Grocery*

2